Phillip H. Stanfield, Bar #011729
Clarice A. Spicker, Bar #029964
Lauren D. Norton, Bar #037070
JONES, SKELTON & HOCHULI P.L.C.
40 N. Central Avenue, Suite 2700
Phoenix, Arizona 85004
Telephone: (602) 263-4491
Fax: (602) 200-7898
pstanfield@jshfirm.com
cspicker@jshfirm.com
lnorton@jshfirm.com

Attorneys for Defendant Crete Carrier
Corporation

## UNITED STATES DISTRICT COURT

## DISTRICT OF ARIZONA

| | |
|---|---|
| Kimberly Brennan, an individual; Carmen Ponce, an individual,<br><br>                                    Plaintiff,<br><br>       v.<br><br>Johnny Hernandez, an individual; Crete Carrier Corporation, an Arizona foreign for-profit corporation; John and Jane Does 1-10; and White Partnerships 1-10;<br><br>                                    Defendants. | No.<br><br>**NOTICE OF REMOVAL** |

Defendant Crete Carrier Corporation (hereinafter "Removing Defendant"), hereby file the following Notice of Removal of this action, currently pending in the Superior Court of the State of Arizona, County of Maricopa, Case No. CV2024-007763, to the United States District Court for the District of Arizona, pursuant to 28 U.S.C. §§ 1332, 1441, and 1446. As grounds for removal, Removing Defendant state as follows:

## **PROCEDURAL HISTORY**

1.    The above-captioned case commenced when Plaintiffs Kimberly Brennan and Carmen Ponce filed a Complaint in Superior Court in and for Maricopa County, on April 5, 2024. See the Complaint, along with complete copy of Superior Court files, attached as **Exhibit A**.

117259409.1

2.      Removing Defendant was served the Complaint on June 14, 2024.

3.      Defendant Johnny Hernandez has not been served the Complaint.

4.      A responsive pleading on behalf of Defendant Johnny Hernadez has not been filed. A responsive pleading on behalf of Removing Defendant has not been filed.

## TIMELINESS OF REMOVAL

5.      Under 28 U.S.C. § 1446(b)(1), a notice of removal shall be filed within thirty (30) days after the receipt by the defendants, through service or otherwise, of a copy of the initial pleading setting forth the claim for relief upon which such action or proceeding is based.

6.      This Notice of Removal is filed within thirty (30) days after the Complaint was served on Removing Defendant and, therefore, is timely.  See 28 U.S.C. § 1446(b)(1).

7.      A Notice of Filing Notice of Removal is being filed with the Superior Court in and for Maricopa County.  See Notice of Filing Notice of Removal (exclusive of exhibits), attached as **Exhibit B**.

## BASIS OF REMOVAL

8.      This Court has original jurisdiction over this action pursuant to 28 U.S.C. § 1332 because the amount in controversy exceeds $75,000.00 and there is complete diversity of citizenship.  See 28 U.S.C. § 1332(a).

9.      Plaintiffs claim personal injuries as a result of Defendants' alleged liability stemming from an accident that occurred on April 6, 2022. Plaintiffs asserted in their complaint that this is a Tier 3 case for damages in excess of $300,000 and are seeking punitive damages, amongst lost wages and personal injury damages. Accordingly, the amount in controversy exceeds $75,000.

10.     According to the Complaint, Plaintiff Kimberly Brennan resides in Maricopa County, Arizona where she presumably intends to remain. Thus, Plaintiff Kimberly Brennan is domiciled in Maricopa County, Arizona and considered a citizen of Arizona.

2

117259409.1

11.     According to the Complaint, Plaintiff Carmen Ponce resides in Maricopa County, Arizona where she presumably intends to remain. Thus, Plaintiff Carmen Ponce is domiciled in Maricopa County, Arizona and considered a citizen of Arizona.

12.     Removing Defendant is incorporated in Nebraska and has its principal place of business in Lincoln, Nebraska. Removing Defendant is thus considered a citizen of Nebraska.

13.     According to the AZDPS Report, Defendant Johnny Hernandez resides in Greensville, Mississippi, where he presumably intends to remain. Thus, Defendant Johnny Hernandez is domiciled in Greensville, Mississippi and considered a citizen of Mississippi.

14.     Jane Doe Hernandez is a fictitious party. Assuming Plaintiff's reference to Jane Doe Hernandez relates to the spouse of Defendant Johnny Hernandez. Removing Defendant does not have personal knowledge of whether Defendant Johnny Hernandez is legally married, however if he was it would be presumed that Jane Doe Hernandez resides with him in Greensville, Mississippi with the intent to remain there. Thus, Jane Doe Hernandez is likely domiciled in Greensville, Mississippi and considered a citizen of Mississippi.

15.     Pursuant to 28 U.S.C. § 1446(b)(2)(A), all defendants "who have been properly joined and served must join in or consent to the removal of the action" for all actions removed based on diversity of citizenship. This is satisfied as the only other non-fictitious Defendant, Defendant Johnny Hernandez, has not yet been served.

**WHEREFORE**, Removing Defendant request that the above actions now pending in the Superior Court in and for Maricopa County be removed to this Court.

117259409.1

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

DATED this 15th day of July, 2024.

JONES, SKELTON & HOCHULI, P.L.C.


By /s/ Lauren D. Norton
Phillip H. Stanfield
Clarice A. Spicker
Lauren D. Norton
40 N. Central Avenue, Suite 2700
Phoenix, Arizona 85004
Attorneys for Defendant Crete Carrier
Corporation

4

117259409.1

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**CERTIFICATE OF SERVICE**

I hereby certify that on this 15th day of July, 2024, I caused the foregoing document to be filed electronically with the Clerk of Court through the CM/ECF System for filing; and served on counsel of record via the Court's CM/ECF system.

*/s/ Gail Hardin*

117259409.1