# "EXHIBIT B"

1  Phillip H. Stanfield, Bar #011729
   Clarice A. Spicker, Bar #029964
2  Lauren D. Norton, Bar #037070
   JONES, SKELTON & HOCHULI P.L.C.
3  40 N. Central Avenue, Suite 2700
   Phoenix, Arizona 85004
4  Telephone: (602) 263-4544
   Fax: (602) 200-7810
5  pstanfield@jshfirm.com
   cspicker@jshfirm.com
6  lnorton@jshfirm.com
   minuteentries@jshfirm.com
7
   Attorneys for Defendant Crete Carrier
8  Corporation

9              SUPERIOR COURT OF THE STATE OF ARIZONA

10                        COUNTY OF MARICOPA

| KIMBERLY BRENNAN, an individual; CARMEN PONCE, an individual,<br><br>Plaintiffs,<br><br>v.<br><br>JOHNNY HERNANDEZ an individual, CRETE CARRIER CORPORATION, an Arizona Foreign For-Profit Corporation; JOHN and JANE DOES 1-10, BLACK CORPORATIONS 1-10 and WHITE LIMITED PARTNERSHIPS 1-10,<br><br>Defendants. | NO. CV2024-007763<br><br>**NOTICE OF FILING NOTICE OF REMOVAL**<br><br>(Assigned to the Honorable Timothy Ryan) |
|---|---|

Defendant Crete Carrier Corporation (Hereinafter "Defendant Crete"), by and through undersigned counsel, pursuant to 28 U.S.C. §1441, *et seq.*, notify this Court that they filed a Notice of Removal of this action to the United States District Court for the District of Arizona. A copy of the Notice of Removal (exclusive of exhibits) is attached as **Exhibit "A."**.

117260692.1

DATED this 15th day of July, 2024.

JONES, SKELTON & HOCHULI P.L.C.


By */s/ Lauren D. Norton*
Phillip H. Stanfield
Clarice A. Spicker
Lauren D. Norton
40 N. Central Avenue, Suite 2700
Phoenix, Arizona 85004
Attorneys for Defendant Crete Carrier Corporation

ORIGINAL of the foregoing electronically filed this 15th day of July, 2024.

COPY of the foregoing mailed/e-mailed this 15th day of July, 2024, to:

Sean Woods
LAW BADGERS, PLLC
5055 North 12th Street, Suite 100
Phoenix, AZ 85014
swoods@lawbadgers.com
Attorney for Plaintiff


*/s/ Gail Hardin*

2

117260692.1