# SUPPLEMENTAL CIVIL COVER SHEET
# FOR CASES REMOVED FROM ANOTHER JURISDICTION

This form must be attached to the Civil Cover Sheet at the time
the case is filed in the United States District Clerk's Office

Additional sheets may be used as necessary.

1. **Style of the Case:**
   Please include all Plaintiff(s), Defendant(s), Intervenor(s), Counterclaimant(s), Crossclaimant(s) and Third Party Claimant(s) still remaining in the case and indicate their party type. Also, please list the attorney(s) of record for each party named and include their bar number, firm name, correct mailing address, and phone number (including area code).

| Party | Party Type | Attorney(s) |
|---|---|---|
| Kimberly Brennan<br>Carmen Ponce | Plaintiffs | Robert T. Mills, Bar #018853<br>Sean A. Woods, Bar #028930<br>Law Badgers PLLC<br>5055 North 12th Street, Ste. 100<br>Phoenix, Arizona, 85014<br>Phone: 833-383-4448 |
| Crete Carrier Corporation | Defendant | Clarice A. Spicker, Bar #029964<br>Lauren D. Norton, Bar #037070<br>JONES, SKELTON & HOCHULI P.L.C.<br>40 N. Central Avenue, Suite 2700<br>Phoenix, Arizona 85004<br>Telephone: (602) 263-1700 |
| Johnny Hernandez | Defendant | |

2. **Jury Demand:**
   Was a Jury Demand made in another jurisdiction?    Yes (●)    No ( )
   If "Yes," by which party and on what date?

3. **Answer:**
   Was an Answer made in another jurisdiction?    Yes ( )    No (●)
   If "Yes," by which party and on what date?

Supp CV Cover Sheet (rev 8/20/2015)

4. **Served Parties:**
   The following parties have been served at the time this case was removed:

| Party | Date Served | Method of Service |
|---|---|---|
| Crete Carrier Corporation | 06/17/2024 | Certificate of Service |
|  |  |  |
|  |  |  |

5. **Unserved Parties:**
   The following parties have not been served at the time this case was removed:

| Party | Reason Not Served |
|---|---|
| Johnny Hernandez | Address Does Not Exist - 66 Tolar Rd., Greenville, MS 38701 is an empty lot. |
|  |  |
|  |  |

6. **Nonsuited, Dismissed or Terminated Parties:**
   Please indicate changes from the style of the papers from another jurisdiction and the reason for the change:

| Party | Reason for Change |
|---|---|
| None that the Defendants are aware of. |  |
|  |  |
|  |  |

7. **Claims of the Parties:**
   The filing party submits the following summary of the remaining claims of each party in this litigation:

| Party | Claims |
|---|---|
| Plaintiff | Negligence, Negligence Per Se, |
|  |  |
|  |  |

**Pursuant to 28 USC § 1446(a) a copy of all process, pleadings, and orders served in another jurisdiction (State Court) shall be filed with this removal.**