Robert T. Mills (Arizona Bar #018853)
Sean A. Woods (Arizona Bar #028930)
**MILLS + WOODS LAW, PLLC**
5055 North 12th Street, Suite 101
Phoenix, Arizona 85014
Telephone 480.999.4556
docket@millsandwoods.com
swoods@millsandwoods.com
*Attorneys for Plaintiffs*

# UNITED STATES DISTRICT COURT

## DISTRICT OF ARIZONA

| | |
|---|---|
| Kimberly Brennan, an individual; Carmen Ponce, an individual,<br><br>    Plaintiffs,<br><br>    vs.<br><br>Johnny Hernandez, an individual; Crete Carrier Corporation, an Arizona foreign for-profit corporation; John and Jane Does 1-10; Black Corporations 1-10; and White Partnerships 1-10,<br><br>    Defendants. | Case No.: CV-24-01740-PHX-ASB<br><br>**CERTIFICATE OF ATTEMPTED SERVICE OF DEFENDANT JOHNNY HERNANDEZ**<br><br>(Assigned to the Honorable Magistrate Alison S. Bachus) |

  Through counsel undersigned, Plaintiffs Kimberly Brennan and Carmen Ponce (collectively, "Plaintiffs") hereby certify to the Court that service was unsuccessfully attempted upon Defendant Johnny Hernandez, and hereby attach the Proof of Same that was filed in Maricopa County Superior Court on July 16, 2024 as "**Exhibit 1**" hereto.

///

///

///

///

///

**RESPECTFULLY SUBMITTED** this 19th day of July 2024.

**MILLS + WOODS LAW, PLLC**

By  */s/ Sean A. Woods*
Robert T. Mills
Sean A. Woods
5055 North 12th Street, Suite 101
Phoenix, AZ 85014
*Attorneys for Plaintiffs*

## CERTIFICATE OF SERVICE

I hereby certify that on July 19, 2024, I electronically transmitted the foregoing document to the Clerk's Office using the ECF System for filing and transmittal of a Notice of Electronic Filing to the following ECF registrants:

Phillip H. Stanfield
pstanfield@jshfirm.com
Clarice A. Spicker
cspicker@jshfirm.com
Lauren D. Norton
lnorton@jshfirm.com
**JONES, SKELTON & HOCHULI P.L.C.**
40 N Central Ave., Ste. 2700
Phoenix, Arizona 85004
*Attorneys for Defendant Crete Carrier Corporation*

   */s/ Ben Dangerfield*