# EXHIBIT 1

RECEIVED
WASHINGTON COUNTY
SHERIFF'S OFFICE
RECORDS DIVISION

2024 JUN 25 PM 4:35

Clerk of the Superior Court
*** Electronically Filed ***
Y. Moralez, Deputy
4/5/2024 4:12:17 PM
Filing ID 17616222

Person/Attorney Filing: Sean A. Woods
Mailing Address: 5055 N. 12th St. Suite 100
City, State, Zip Code: Phoenix, AZ 85014
Phone Number: (833)383-4448
E-Mail Address: swoods@lawbadgers.com
[ ] Representing Self, Without an Attorney
(If Attorney) State Bar Number: 028930, Issuing State: AZ

CLERK OF THE
SUPERIOR COURT
FILED
V. SATURNINO, DEP
2024 JUL 16 AM 11:55

IN THE SUPERIOR COURT OF THE STATE OF ARIZONA
IN AND FOR THE COUNTY OF MARICOPA

Kimberly Brennan, et al.
Plaintiff(s),
v.
Johnny Hernandez, et al.
Defendant(s).

RETURNED
JUL 10 2024
WASHINGTON COUNTY
SHERIFF'S DEPT.
RECORDS DIVISION

Case No. CV2024-007763

SUMMONS

To: Johnny Hernandez  c/o TJAR P.O.
Greenville, MS 38701

**WARNING: THIS AN OFFICIAL DOCUMENT FROM THE COURT THAT AFFECTS YOUR RIGHTS. READ THIS SUMMONS CAREFULLY. IF YOU DO NOT UNDERSTAND IT, CONTACT AN ATTORNEY FOR LEGAL ADVICE.**

1. A lawsuit has been filed against you. A copy of the lawsuit and other court papers were served on you with this Summons.

2. If you do not want a judgment taken against you without your input, you must file an Answer in writing with the Court, and you must pay the required filing fee. To file your Answer, take or send the papers to <u>Clerk of the Superior Court, 201 W. Jefferson, Phoenix, Arizona 85003 or electronically file your Answer through one of Arizona's approved electronic filing systems at http://www.azcourts.gov/efilinginformation.</u>
Mail a copy of the Answer to the other party, the Plaintiff, at the address listed on the top of this Summons.
Note: If you do not file electronically you will not have electronic access to the documents in this case.

3. If this Summons and the other court papers were served on you within the State of Arizona, your Answer must be filed within TWENTY (20) CALENDAR DAYS from the date of service, not counting the day of service. If this Summons and the other court papers were served on you outside the State of Arizona, your Answer must be filed within THIRTY (30) CALENDAR DAYS from the date of service, not counting the day of service.

I HAVE RECEIVED A COPY
OF THIS PROCESS THIS DATE.

Date _____

Signature _____

AZturboCourt.gov Form Set #8668139

**BACK PAGE CONTENT**
Stamp added by
the Clerk of Superior Court

Returned NOT Executed, the within named
_____ party _____
NOT found in my county after diligent search and
inquiry.
1st Attempt Date: 7-2-24 : Time 8:30A
2nd Attempt Date: 7-10-24 : Time 3:00P
Reason: Relative advised that Mr. H.
is in an assisted living Home.   Brittany H. 662-931-4095
                                 Chucky H. 662-931-4245
This, the 10 day of July 20 24

Milton Gaston, Sr., SHERIFF
Washington County, MS
By __Bishop__ Deputy Sheriff