Phillip H. Stanfield, Bar #011729
Clarice A. Spicker, Bar #029964
Lauren D. Norton, Bar #037070
JONES, SKELTON & HOCHULI P.L.C.
40 N. Central Avenue, Suite 2700
Phoenix, Arizona 85004
Telephone: (602) 263-4491
Fax: (602) 200-7898
pstanfield@jshfirm.com
cspicker@jshfirm.com
lnorton@jshfirm.com

Attorneys for Defendant Crete Carrier Corporation

# UNITED STATES DISTRICT COURT

# DISTRICT OF ARIZONA

| | |
|---|---|
| Kimberly Brennan, an individual; Carmen Ponce, an individual,<br><br>              Plaintiffs,<br><br>v.<br><br>Johnny Hernandez, an individual; Crete Carrier Corporation, an Arizona foreign for-profit corporation; John and Jane Does 1-10; and White Partnerships 1-10;<br><br>              Defendants. | No. 2:24-cv-01740-ASB<br><br>**DEMAND FOR JURY TRIAL** |

Defendant Crete Carrier Corporation (Hereinafter "Defendant Crete"), by and through undersigned counsel, hereby demands a trial by jury as to all triable issues in the above-captioned matter.

117280135.1

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

DATED this 22nd day of July, 2024.

JONES, SKELTON & HOCHULI, P.L.C.


By */s/ Lauren D. Norton*
Phillip H. Stanfield
Clarice A. Spicker
Lauren D. Norton
40 N. Central Avenue, Suite 2700
Phoenix, Arizona 85004
Attorneys for Defendant Crete Carrier Corporation

117280135.1

**CERTIFICATE OF SERVICE**

I hereby certify that on this 22nd day of July, 2024, I caused the foregoing document to be filed electronically with the Clerk of Court through the CM/ECF System for filing; and served on counsel of record via the Court's CM/ECF system.

/s/ *Gail Hardin*

117280135.1