Phillip H. Stanfield, Bar #011729
Clarice A. Spicker, Bar #029964
Lauren D. Norton, Bar #037070
JONES, SKELTON & HOCHULI P.L.C.
40 N. Central Avenue, Suite 2700
Phoenix, Arizona 85004
Telephone: (602) 263-4491
Fax: (602) 200-7898
pstanfield@jshfirm.com
cspicker@jshfirm.com
lnorton@jshfirm.com

Attorneys for Defendant Crete Carrier Corporation

## UNITED STATES DISTRICT COURT

## DISTRICT OF ARIZONA

| | |
|---|---|
| Kimberly Brennan, an individual; Carmen Ponce, an individual,<br><br>　　　　　　　　　　　Plaintiffs,<br><br>　　v.<br><br>Johnny Hernandez, an individual; Crete Carrier Corporation, an Arizona foreign for-profit corporation; John and Jane Does 1-10; and White Partnerships 1-10;<br><br>　　　　　　　　　　　Defendants. | No. 2:24-cv-01740-ASB<br><br>**RULE 7.1 CORPORATE DISCLOSURE STATEMENT** |

　　　This Corporate Disclosure Statement is filed on behalf of Defendant, Crete Carrier Corporation, in compliance with the provisions of: *(check one)*

　　　_____ Rule 7.1(a)(1), Federal Rules of Civil Procedure, a nongovernmental corporate party or a nongovernmental corporation that seeks to intervene in an action in a district court must file a statement that identifies any parent corporation and any publicly held corporation that owns 10% or more of its stock or states that there is no such

117279007.1

corporation.

__X__ Rule 7.1(a)(2), Federal Rules of Civil Procedure, in an action in which jurisdiction is based on diversity under 28 U.S.C. § 1332(a), a party or intervenor must, unless the court orders otherwise, file a disclosure statement.  The statement must name and identify the citizenship of every individual or entity whose citizenship is attributed to that party or intervenor when the action is filed in or removed to federal court, and when any later event occurs that could affect the court's jurisdiction under § 1332(a).

_____ Rule 12.4(a)(1), Federal Rule of Criminal Procedure, any nongovernmental corporate party to a proceeding in a district court must file a statement that identifies any parent corporation and any publicly held corporation that owns 10% or more of its stock or states that there is no such corporation.

_____ Rule 12.4(a)(2), Federal Rule of Criminal Procedure, if an organizational victim of alleged criminal activity is a corporation the government must file a statement identifying the victim and the statement must disclose the information required by Rule 12.4(a)(1).

**The filing party hereby declares as follows:**

__X__ No such corporation.

117279007.1

_____   Party is a parent, subsidiary or other affiliate of a publicly owned corporation as listed below.  (Attach additional pages if needed.)

_____

_____   Publicly held corporation, not a party to the case, with a financial interest in the outcome.  List identity of corporation and the nature of financial interest.  (Attach additional pages if needed.)

_____ Relationship _____

_____   Other (please explain).

_____

_____   Diversity case. (Attach additional pages if needed)

| Party Name and Party Role | State |
|---|---|
| Kimberly Brennan – Plaintiff | Arizona |
| Carmen Ponce-Plaintiff | Arizona |
| Crete Carrier Corporation-Defendant | Nebraska |
| Johnny Hernandez-Defendant | Mississippi |

**A supplemental disclosure statement will be filed upon any change in the information provided herein.**

3

117279007.1

1
2    DATED this 22nd day of July, 2024.

3                                    JONES, SKELTON & HOCHULI, P.L.C.

4
5                                    By */s/ Lauren D. Norton*
                                        Phillip H. Stanfield
6                                       Clarice A. Spicker
                                        Lauren D. Norton
7                                       40 N. Central Avenue, Suite 2700
                                        Phoenix, Arizona 85004
8                                       Attorneys for Defendant Crete Carrier
                                        Corporation
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

4

117279007.1

**CERTIFICATE OF SERVICE**

I hereby certify that on this 22nd day of July, 2024, I caused the foregoing document to be filed electronically with the Clerk of Court through the CM/ECF System for filing; and served on counsel of record via the Court's CM/ECF system.

/s/ *Gail Hardin*

117279007.1