Phillip H. Stanfield, Bar #011729
Clarice A. Spicker, Bar #029964
Lauren D. Norton, Bar #037070
JONES, SKELTON & HOCHULI P.L.C.
40 N. Central Avenue, Suite 2700
Phoenix, Arizona 85004
Telephone: (602) 263-4491
Fax: (602) 200-7898
pstanfield@jshfirm.com
cspicker@jshfirm.com
lnorton@jshfirm.com

Attorneys for Defendant Crete Carrier Corporation

## UNITED STATES DISTRICT COURT

## DISTRICT OF ARIZONA

| | |
|---|---|
| Kimberly Brennan, an individual; Carmen Ponce, an individual, <br><br> Plaintiffs, <br><br> v. <br><br> Johnny Hernandez, an individual; Crete Carrier Corporation, an Arizona foreign for-profit corporation; John and Jane Does 1-10; and White Partnerships 1-10 <br><br> Defendants. | No. 2:24-cv-01740-DJH <br><br> **Motion to Consolidate Cases** |
| Robert Warix, Individually, <br><br> Plaintiff, <br><br> v. <br><br> Johnny Hernandez and Jane Doe Hernandez, Individually and as Husband and Wife; Crete Carrier Corporation, a Foreign For-Profit Corporation; John Does I-X and Jane Does I-X, Individually and as Husband and Wife; Black Corporations I-X and White Limited Partnerships I-X <br><br> Defendants | No. 2:24-cv-01741-DGC |

Defendant Crete Carrier Corporation (hereinafter "Defendant Crete"), by and through undersigned counsel, pursuant to Federal Rules of Civil Procedure, Rule 42(a), hereby respectfully moves the Court for an order consolidating case No. 2:24-cv-01740-

117294901.1

DJH with case No. 2:24-cv-01741-DGC. Defendant Crete confirmed via email correspondence that the Plaintiffs in these matters do not contest consolidation.

Consolidation is warranted because both of these cases arise out of the same motor vehicle collision which occurred on April 6, 2022 in Phoenix, Arizona. It is appropriate for judicial economy and correlate decisions/verdicts that the two cases be consolidated. This will prevent a waste of judicial resources, court time, arbitrator time, the parties'/attorneys' time and expense, as well as the potential for inconsistent verdicts.

Defendant Crete respectfully request that this case be consolidated to No. 2:24-cv-01740-DJH.

DATED this 31st day of July, 2024.

JONES, SKELTON & HOCHULI, P.L.C.

By */s/ Lauren D. Norton*
Phillip H. Stanfield
Clarice A. Spicker
Lauren D. Norton
40 N. Central Avenue, Suite 2700
Phoenix, Arizona 85004
Attorneys for Defendant Crete Carrier Corporation

2

117294901.1

**CERTIFICATE OF SERVICE**

I hereby certify that on this 31st day of July, 2024, I caused the foregoing document to be filed electronically with the Clerk of Court through the CM/ECF System for filing; and served on counsel of record via the Court's CM/ECF system.


/s/ *Gail Hardin*

117294901.1