Robert T. Mills (Arizona Bar #018853)
Sean A. Woods (Arizona Bar #028930)
**MILLS + WOODS LAW, PLLC**
5055 North 12th Street, Suite 101
Phoenix, Arizona 85014
Telephone 480.999.4556
docket@millsandwoods.com
swoods@millsandwoods.com
*Attorneys for Plaintiffs*

# UNITED STATES DISTRICT COURT

## DISTRICT OF ARIZONA

| | |
|---|---|
| Kimberly Brennan, an individual; Carmen Ponce, an individual,<br><br>Plaintiffs,<br><br>vs.<br><br>Johnny Hernandez, an individual; Crete Carrier Corporation, an Arizona foreign for-profit corporation; John and Jane Does 1-10; Black Corporations 1-10; and White Partnerships 1-10,<br><br>Defendants. | Case No.: CV-24-01740-PHX-DJH<br><br>**PLAINTIFFS' NOTICE OF NON-OPPOSITION TO DEFENDANT CRETE CARRIER CORPORATION'S MOTION TO CONSOLIDATE CASES**<br><br>(Assigned to the Honorable Diane J. Humetewa) |

Through counsel undersigned, Plaintiffs hereby notify the Court and the parties that they do not oppose Defendant Crete Carrier Corporation's Motion to Consolidate Cases, ECF No. 14.

**RESPECTFULLY SUBMITTED** this 5th day of August 2024.

                        **MILLS + WOODS LAW, PLLC**

                        By  */s/ Sean A. Woods*
                            Robert T. Mills
                            Sean A. Woods
                            5055 North 12th Street, Suite 101
                            Phoenix, AZ 85014
                            *Attorneys for Plaintiffs*

# CERTIFICATE OF SERVICE

I hereby certify that on August 5, 2024, I electronically transmitted the foregoing document to the Clerk's Office using the ECF System for filing and transmittal of a Notice of Electronic Filing to the following ECF registrants:

Phillip H. Stanfield
pstanfield@jshfirm.com
Clarice A. Spicker
cspicker@jshfirm.com
Lauren D. Norton
lnorton@jshfirm.com
**JONES, SKELTON & HOCHULI P.L.C.**
rcamelio@jshfirm.com
jmadden@jshfirm.com
ghardin@jshfirm.com
40 N Central Ave., Ste. 2700
Phoenix, Arizona 85004
*Attorneys for Defendant Crete Carrier Corporation*

　　　/s/ Ben Dangerfield

2