Robert T. Mills (Arizona Bar #018853)
Sean A. Woods (Arizona Bar #028930)
**MILLS + WOODS LAW, PLLC**
5055 North 12th Street, Suite 101
Phoenix, Arizona 85014
Telephone 480.999.4556
docket@millsandwoods.com
swoods@millsandwoods.com
*Attorneys for Plaintiffs*

# UNITED STATES DISTRICT COURT

## DISTRICT OF ARIZONA

| | |
|---|---|
| Kimberly Brennan, an individual; Carmen Ponce, an individual,<br><br>    Plaintiffs,<br><br>vs.<br><br>Johnny Hernandez, an individual; Crete Carrier Corporation, an Arizona foreign for-profit corporation; John and Jane Does 1-10; Black Corporations 1-10; and White Partnerships 1-10,<br><br>    Defendants. | Case No.: CV-24-01740-PHX-DJH<br><br>**STIPULATION TO EXTEND TIME TO SERVE DEFENDANT JOHNNY HERNANDEZ WITH PROCESS AND JOINT REQUEST FOR STATUS CONFERENCE**<br><br>(Assigned to the Honorable Diane J. Humetewa) |

Through counsel undersigned, Plaintiffs Kimberly Brennan and Carmen Ponce (collectively, "Plaintiffs") and Defendant Crete Carrier Corporation ("Defendant Crete") hereby stipulate and agree to extend the time within which Defendant Johnny Hernandez ("Defendant Hernandez"), who was employed by Defendant Crete at the time of the events at issue in the Complaint, may be served with process until up to and including thirty (30) days from the entry of an order approving said extension, in accordance with the [Proposed] Order attached hereto. Moreover, Plaintiffs and Defendant Crete jointly request a status conference with the Court regarding issues with said service.

Plaintiffs attempted to serve Defendant Hernandez prior to the July 5, 2024 deadline provided by the Arizona Rules of Civil Procedure at his last known address. However, they were unsuccessful because, as Plaintiffs later learned, after the events described in the Complaint he had suffered a stroke, and he now resides in an assisted living facility. The location of the assisted living facility, as well as the condition of his mental faculties at present, are unknown to Plaintiffs.

In light of the foregoing, Plaintiffs and Defendant Crete hereby respectfully and jointly submit that an extension of time to serve Defendant Hernandez, in accordance with the [Proposed] order attached hereto, as well as a status conference to discuss the issues with said service, is appropriate.

**RESPECTFULLY SUBMITTED** this 6th day of August 2024.

**MILLS + WOODS LAW, PLLC**

By   /s/ Sean A. Woods
　　　Robert T. Mills
　　　Sean A. Woods
　　　5055 North 12th Street, Suite 101
　　　Phoenix, AZ 85014
　　　*Attorneys for Plaintiffs*

**JONES, SKELTON & HOCHULI P.L.C.**

By   /s/ Clarice A. Spicker (w/ permission)
　　　Phillip H. Stanfield
　　　Clarice A. Spicker
　　　Lauren D. Norton
　　　40 N Central Ave., Ste. 2700
　　　Phoenix, Arizona 85004
　　　*Attorneys for Defendant Crete Carrier Corporation*

2

**CERTIFICATE OF SERVICE**

I hereby certify that on August 6, 2024, I electronically transmitted the foregoing document to the Clerk's Office using the ECF System for filing and transmittal of a Notice of Electronic Filing to the following ECF registrants:

Phillip H. Stanfield
pstanfield@jshfirm.com
Clarice A. Spicker
cspicker@jshfirm.com
Lauren D. Norton
lnorton@jshfirm.com
**JONES, SKELTON & HOCHULI P.L.C.**
rcamelio@jshfirm.com
jmadden@jshfirm.com
ghardin@jshfirm.com
40 N Central Ave., Ste. 2700
Phoenix, Arizona 85004
*Attorneys for Defendant Crete Carrier Corporation*


       /s/ Ben Dangerfield

3