Mills + Woods Law, PLLC
5055 North 12th Street, Suite 101
Phoenix, AZ 85014-2555
480.999.4556

UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| Kimberly Brennan, an individual; Carmen Ponce, an individual,<br><br>                Plaintiffs,<br><br>vs.<br><br>Johnny Hernandez, an individual; Crete Carrier Corporation, an Arizona foreign for-profit corporation; John and Jane Does 1-10; Black Corporations 1-10; and White Partnerships 1-10,<br><br>                Defendants. | Case No.: CV-24-01740-PHX-DJH<br><br>**[PROPOSED] ORDER EXTENDING TIME TO SERVE DEFENDANT HERNANDEZ WITH PROCESS AND SETTING STATUS CONFERENCE** |

THE COURT, having reviewed the Stipulation to Extend Time to Serve Defendant Johnny Hernandez With Process and Joint Request for Status Conference (the "Stipulation"), and good cause appearing, therefore:

**IT IS ORDERED** granting the Stipulation.

**IT IS FURTHER ORDERED** that Plaintiffs shall have until up to and including thirty (30) days from the entry of this Order within which to serve Defendant Johnny Hernandez with process, and that a Status Conference to discuss issues with said service is hereby set to take place on _____, 2024.