# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Kimberly Brennan, et al., | No. CV-24-01740-PHX-DJH |
| Plaintiffs, | **ORDER** |
| v. | |
| Johnny Hernandez, et al., | |
| Defendants. | |

Before the Court is the parties' Stipulation to Extend Time to Serve Defendant Johnny Hernandez with Process and Joint Request for Status Conference (the "Stipulation") (Doc. 17).

**IT IS ORDERED** approving the Stipulation (Doc. 17) in part. Plaintiffs shall have until up to and including September 4, 2024, to complete serve of process upon Defendant Johnny Hernandez.

**IT IS FURTHER ORDERED** that the parties shall supplement their Stipulation with further explanation of what the "issues with said service" are so that the Court can determine the necessity of holding a hearing.

Dated this 6th day of August, 2024.

Honorable Diane J. Humetewa
United States District Judge