Robert T. Mills (Arizona Bar #018853)
Sean A. Woods (Arizona Bar #028930)
**MILLS + WOODS LAW, PLLC**
5055 North 12th Street, Suite 101
Phoenix, Arizona 85014
Telephone 480.999.4556
docket@millsandwoods.com
swoods@millsandwoods.com
*Attorneys for Plaintiffs Kimberly Brennan and Carmen Ponce*

# UNITED STATES DISTRICT COURT

# DISTRICT OF ARIZONA

| | |
|---|---|
| Kimberly Brennan, an individual; Carmen Ponce, an individual,<br><br>   Plaintiffs,<br><br>vs.<br><br>Johnny Hernandez, an individual; Crete Carrier Corporation, an Arizona foreign for-profit corporation; John and Jane Does 1-10; Black Corporations 1-10; and White Partnerships 1-10,<br><br>   Defendants. | Case No.: CV-24-01740-PHX-DJH<br><br>**PLAINTIFFS KIMBERLY BRENNAN'S AND CARMEN PONCE'S NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE OF DEFENDANT JOHNNY HERNANDEZ**<br><br>(Assigned to the Honorable Diane J. Humetewa) |
| Robert Warix, Individually,<br><br>   Plaintiff,<br><br>vs.<br><br>Johnny Hernandez and Jane Doe Hernandez, Individually and as Husband and Wife; Crete Carrier Corporation, a Foreign For-Profit Corporation; John Does I-X and Jane Does I-X, Individually and as Husband and Wife; Black Corporations I-X and White Limited Partnerships I-X,<br><br>   Defendants. | Case No.: CV-24-01741-PHX-DJH |

Through counsel undersigned and pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiffs Kimberly Brennan and Carmen Ponce hereby notify the Court and the parties of their voluntary dismissal without prejudice of Defendant Johnny Hernandez from Case No. CV-24-01740-PHX-DJH in this consolidated matter. This dismissal is effective without the need for Court approval because Defendant Johnny Hernandez has not filed an Answer or a motion for summary judgment.  Fed. R. Civ. P. 41(a)(1)(A)(i).

**RESPECTFULLY SUBMITTED** this 28th day of August 2024.

**MILLS + WOODS LAW, PLLC**

By   */s/ Sean A. Woods*
         Robert T. Mills
         Sean A. Woods
         5055 North 12th Street, Suite 101
         Phoenix, AZ 85014
         *Attorneys for Plaintiffs Kimberly Brennan and Carmen Ponce*

# CERTIFICATE OF SERVICE

I hereby certify that on August 28, 2024, I electronically transmitted the foregoing document to the Clerk's Office using the ECF System for filing and transmittal of a Notice of Electronic Filing to the following ECF registrants:

Phillip H. Stanfield
pstanfield@jshfirm.com
Clarice A. Spicker
cspicker@jshfirm.com
Lauren D. Norton
lnorton@jshfirm.com
**JONES, SKELTON & HOCHULI P.L.C.**
rcamelio@jshfirm.com
jmadden@jshfirm.com
ghardin@jshfirm.com
40 N Central Ave., Ste. 2700
Phoenix, Arizona 85004
*Attorneys for Defendant Crete Carrier Corporation*

Brian Plant
bplant@lernerandrowe.com
**LERNER & ROWE**
2701 E Camelback Rd., Ste. 140
Phoenix, AZ 85016
*Attorneys for Plaintiff Robert Warix*

          /s/ Ben Dangerfield