Phillip H. Stanfield, Bar #011729
Clarice A. Spicker, Bar #029964
Lauren D. Norton, Bar #037070
JONES, SKELTON & HOCHULI P.L.C.
40 N. Central Avenue, Suite 2700
Phoenix, Arizona 85004
Telephone: (602) 263-4491
Fax: (602) 200-7898
pstanfield@jshfirm.com
cspicker@jshfirm.com
lnorton@jshfirm.com

Attorneys for Defendant Crete Carrier Corporation

# UNITED STATES DISTRICT COURT

# DISTRICT OF ARIZONA

| | |
|---|---|
| Kimberly Brennan, an individual; Carmen Ponce, an individual, <br><br> Plaintiffs, <br><br> v. <br><br> Johnny Hernandez, an individual; Crete Carrier Corporation, an Arizona foreign for-profit corporation; John and Jane Does 1-10; and White Partnerships 1-10 <br><br> Defendants. | No. 2:24-cv-01740-DJH <br><br> (Consolidated with 2:24-cv-01741-DGC) <br><br> **NOTICE OF NON-PARTY AT FAULT** |
| Robert Warix, Individually, <br><br> Plaintiff, <br><br> v. <br><br> Johnny Hernandez and Jane Doe Hernandez, Individually and as Husband and Wife; Crete Carrier Corporation, a Foreign For-Profit Corporation; John Does I-X and Jane Does I-X, Individually and as Husband and Wife; Black Corporations I-X and White Limited Partnerships I-X <br><br> Defendants | |

117420016.1

1  Defendant Crete Carrier Corporation (hereinafter "Defendant Crete") by and
2  through undersigned counsel, designate **Gary Durwin Hand** as a non-party at fault
3  pursuant to Rule 26(b)(5), A.R.C.P. and A.R.S. § 12-2506 (B).

4  The basis of Plaintiffs' Complaints[1] is that Defendant Johnny Hernandez
5  negligently operated a tractor-trailer while in the course and scope of his employment with
6  Defendant Crete, thereby causing injuries and/or damages to Plaintiffs. Per Plaintiffs'
7  Complaints and law enforcement[2], at the time of the subject accident Plaintiffs were
8  passengers in a vehicle operated by non-party Gary Durwin Hand, heading northbound on
9  North 27th Avenue and West VanBuren Street in Phoenix, Arizona.  At the same time,
10 Defendant Johnny Hernandez was attempting to make a right turn from North 27th Avenue
11 onto eastbound West Buren Street. Based on the damage to the vehicle Gary Durwin Hand
12 was operating, it is Defendant Crete's belief that Gary Durwin Hand attempted to go around
13 the right side of Defendant Johnny Hernandez's tractor-trailer, which led to the vehicle
14 Hand was operating hitting the right side of the tractor Hernandez was operating. Thus,
15 Gary Durwin Hand is at comparatively at fault as to Plaintiff's claims of negligence related
16 to his operation of his vehicle, which was the proximate cause of Plaintiff's injuries.

17 Upon information and belief, the actions of Gary Durwin Hand may have caused
18 the injuries and/or damages which Plaintiffs allegedly suffered. Discovery is in its early
19 stages, and Defendant Crete reserve the right to supplement this Notice once discovery gets
20 underway.

---

[1] Plaintiff Kimberley Brennan and Carmen Ponce filed their Complaint in Maricopa County Superior Court on April 5, 2024. Plaintiff Robert Warix filed his Complaint in Maricopa County Superior Court on April 2, 2024. Defendant Crete filed Notice of Removals as it relates to both cases on July 15, 2024. An Order Consolidating the Cases was issued on August 16, 2024 [DKT #:19].

[2] Plaintiff Carmen Ponce alleges she was a passenger in the vehicle; however, she is not listed on the AZDPS Report.

117420016.1

DATED this 9th day of September, 2024.

          JONES, SKELTON & HOCHULI, P.L.C.

        By */s/ Lauren D. Norton*
         Phillip H. Stanfield
         Clarice A. Spicker
         Lauren D. Norton
         40 N. Central Avenue, Suite 2700
         Phoenix, Arizona 85004
         Attorneys for Defendant Crete Carrier
         Corporation

**CERTIFICATE OF SERVICE**

I hereby certify that on this 9th day of September, 2024, I caused the foregoing document to be filed electronically with the Clerk of Court through the CM/ECF System for filing; and served on counsel of record via the Court's CM/ECF system.


/s/ Gail Hardin

117420016.1