1

**LERNER & ROWE, P.C.**
Brian Plant, SBN 035510

2

2701 E. Camelback Rd., Ste. 140
Phoenix, AZ  85016

3

Telephone: (602) 977-1900
Fax: (602) 977-1901

4

*bplant@lernerandrowe.com*
*minute_entries@lernerandrowe.com*

5

*Attorney for Plaintiff Robert Warix*

6

## IN THE UNITED STATES DISTRICT COURT

7

## FOR THE DISTRICT OF ARIZONA

8

9

| | |
|---|---|
| Kimberly Brennan, et al., | No. 2:24-CV-01740-DJH |

10

11

Plaintiffs,

**PLAINTIFF ROBERT WARIX'S NOTICE OF SERVICE OF INITIAL DISCLOSURE STATEMENT**

vs.

12

Johnny Hernandez, et al.,

13

**(**Honorable Diane J. Humetewa)

Defendants.

14

15

Robert Warix, Individually,

Case No.: CV-24-01741-PHX-DJH

16

Plaintiff,

17

vs.

18

Johnny Hernandez and Jane Doe Hernandez,

19

Individually and as Husband and Wife; Crete Carrier Corporation, a Foreign For-Profit

20

Corporation; John Does I-X and Jane Does I-X, Individually and as Husband and Wife; Black

21

Corporations I-X and White Limited

22

Partnerships I-X;

23

Defendants.

24

25

Plaintiff Robert Warix, by and through undersigned counsel, give notice that he has served

26

both Plaintiff's and Defendant's attorney with Plaintiff Robert Warix's Initial Disclosure

27

Statements via e-mail on October 4, 2024.

28

///

**RESPECTFULLY SUBMITTED** this <u>4th</u> day of October 2024.

**LERNER & ROWE, P.C.,**

By    <u>*/s/ Brian Plant*</u>
Brian Plant, Esq.
2701 E. Camelback Rd., Ste. 140
Phoenix, Arizona 85016
*Attorney for Plaintiff Robert Warix*

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**CERTIFICATE OF SERVICE**

I hereby certify that on October 4, 2024, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to all CM/ECF registrants in the reference case.

*/s/Gabrielle Fernandez*