Robert T. Mills (Arizona Bar #018853)
Sean A. Woods (Arizona Bar #028930)
**MILLS + WOODS LAW, PLLC**
5055 North 12th Street, Suite 101
Phoenix, Arizona 85014
Telephone 480.999.4556
docket@millsandwoods.com
swoods@millsandwoods.com
*Attorneys for Plaintiffs Kimberly Brennan and Carmen Ponce*

# UNITED STATES DISTRICT COURT

# DISTRICT OF ARIZONA

| | |
|---|---|
| Kimberly Brennan, an individual; Carmen Ponce, an individual,<br><br>    Plaintiffs,<br><br>vs.<br><br>Johnny Hernandez, an individual; Crete Carrier Corporation, an Arizona foreign for-profit corporation; John and Jane Does 1-10; Black Corporations 1-10; and White Partnerships 1-10,<br><br>    Defendants. | Case No.: CV-24-01740-PHX-DJH<br><br>**PLAINTIFFS' NOTICE OF SERVICE OF INITIAL DISCLOSURE STATEMENT**<br><br>(Assigned to the Honorable Diane J. Humetewa) |
| Robert Warix, Individually,<br><br>    Plaintiff,<br><br>vs.<br><br>Johnny Hernandez and Jane Doe Hernandez, Individually and as Husband and Wife; Crete Carrier Corporation, a Foreign For-Profit Corporation; John Does I-X and Jane Does I-X, Individually and as Husband and Wife; Black Corporations I-X and White Limited Partnerships I-X,<br><br>    Defendants. | Case No.: CV-24-01741-PHX-DJH |

Through counsel undersigned, Plaintiffs Kimberly Brennan and Carmen Ponce hereby give notice that this same day they served "Plaintiffs Kimberly Brennan and Carmen Ponce's Initial Disclosure Statement" upon Defendant Crete Carrier Corporation and Plaintiff Robert Warix via email to their respective counsel.

**RESPECTFULLY SUBMITTED** this 4th day of October 2024.

**MILLS + WOODS LAW, PLLC**

By    */s/ Sean A. Woods*
      Robert T. Mills
      Sean A. Woods
      5055 North 12th Street, Suite 101
      Phoenix, AZ 85014
      *Attorneys for Plaintiffs Kimberly Brennan and Carmen Ponce*

# CERTIFICATE OF SERVICE

I hereby certify that on October 4, 2024, I electronically transmitted the foregoing document to the Clerk's Office using the ECF System for filing and transmittal of a Notice of Electronic Filing to the following ECF registrants:

Phillip H. Stanfield
pstanfield@jshfirm.com
Clarice A. Spicker
cspicker@jshfirm.com
Lauren D. Norton
lnorton@jshfirm.com
**JONES, SKELTON & HOCHULI P.L.C.**
rcamelio@jshfirm.com
jmadden@jshfirm.com
ghardin@jshfirm.com
40 N Central Ave., Ste. 2700
Phoenix, Arizona 85004
*Attorneys for Defendant Crete Carrier Corporation*

Brian S. Plant
bplant@lernerandrowe.com
**LERNER & ROWE LAW GROUP**
2701 E Camelback Rd., Ste. 140
Phoenix, AZ 85016
*Attorneys for Plaintiff Robert Warix*

     /s/ Ben Dangerfield