**LERNER & ROWE, P.C.**
Brian Plant, SBN 035510
2701 E. Camelback Rd., Ste. 140
Phoenix, AZ 85016
Telephone: (602) 977-1900
Fax: (602) 977-1901
bplant@lernerandrowe.com
minute_entries@lernerandrowe.com
*Attorney for Plaintiff Robert Warix*

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Kimberly Brennan, et al.,<br><br>                              Plaintiffs,<br>vs.<br><br>Johnny Hernandez, et al.,<br><br>                              Defendants. | No. 2:24-CV-01740-DJH<br><br>**PLAINTIFF ROBERT WARIX'S NOTICE OF SERVICE OF DISCOVERY**<br><br>**(**Honorable Diane J. Humetewa) |
| Robert Warix, Individually,<br><br>                              Plaintiff,<br>vs.<br><br>Johnny Hernandez and Jane Doe Hernandez, Individually and as Husband and Wife; Crete Carrier Corporation, a Foreign For-Profit Corporation; John Does I-X and Jane Does I-X, Individually and as Husband and Wife; Black Corporations I-X and White Limited Partnerships I-X;<br><br>                              Defendants. | Case No.: CV-24-01741-PHX-DJH |

Plaintiff Robert Warix, by and through undersigned counsel, give notice that he has served both Plaintiff's and Defendant's attorney with Plaintiff Robert Warix's Answers to Requests for Production and Interrogatories via e-mail on October 22, 2024.

///

**RESPECTFULLY SUBMITTED** this 22nd day of October 2024.

                                             **LERNER & ROWE, P.C.,**

By    */s/ Brian Plant*
        Brian Plant, Esq.
        2701 E. Camelback Rd., Ste. 140
        Phoenix, Arizona 85016
        *Attorney for Plaintiff Robert Warix*

**CERTIFICATE OF SERVICE**

    I hereby certify that on October 22, 2024, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to all CM/ECF registrants in the reference case.

                                          */s/Gabrielle Fernandez*