Phillip H. Stanfield, Bar #011729
Clarice A. Spicker, Bar #029964
Lauren D. Norton, Bar #037070
JONES, SKELTON & HOCHULI P.L.C.
40 N. Central Avenue, Suite 2700
Phoenix, Arizona 85004
Telephone: (602) 263-4491
Fax: (602) 200-7898
pstanfield@jshfirm.com
cspicker@jshfirm.com
lnorton@jshfirm.com

Attorneys for Defendant Crete Carrier Corporation

# UNITED STATES DISTRICT COURT

# DISTRICT OF ARIZONA

| | |
|---|---|
| Kimberly Brennan, an individual; Carmen Ponce, an individual,<br><br>　　　　　　　　　Plaintiffs,<br><br>v.<br><br>Johnny Hernandez, an individual; Crete Carrier Corporation, an Arizona foreign for-profit corporation; John and Jane Does 1-10; and White Partnerships 1-10;,<br><br>　　　　　　　　　Defendants. | No. 2:24-cv-01740-PHX-DJH<br><br>(Consolidated with 2:24-cv-01741-DGC)<br><br>**DEFENDANT'S NOTICE OF INTENT TO SERVE SUBPOENAS DUCES TECUM** |
| Robert Warix, Individually,<br><br>　　　　　　　　　Plaintiff,<br><br>v.<br><br>Johnny Hernadez and Jane Doe Hernandez, Individually and as Husband and Wife; Crete Carrier Corporation, a Foreign For-Profit Corporation; John Does I-X and Jane Does I-X, Individually and as Husband and Wife; Black Corporations I-X and White Limited Partnerships I-X,<br><br>　　　　　　　　　Defendants. | |

117676485.1

Pursuant to Rule 45(d)(3), Defendant Crete Carrier Corporation ("Crete") hereby gives notice to all parties that Crete intends to serve the attached Subpoenas Duces Tecum on the following:

- Advanced Spine and Pain;
- Coolidge Chiropractic Clinic;
- Fusion Rehabilitation South;
- Jewish Family & Children's Service;
- Premier Endoscopy Center; and
- SimonMed Imaging – Peoria Plaza.

DATED this 23rd day of October, 2024.

JONES, SKELTON & HOCHULI, P.L.C.


By */s/ Lauren D. Norton*
Phillip H. Stanfield
Clarice A. Spicker
Lauren D. Norton
40 N. Central Avenue, Suite 2700
Phoenix, Arizona 85004
Attorneys for Defendant Crete Carrier Corporation

2

117676485.1

**CERTIFICATE OF SERVICE**

I hereby certify that on this 23rd day of October, 2024, I caused the foregoing document to be filed electronically with the Clerk of Court through the CM/ECF System for filing; and served on counsel of record via the Court's CM/ECF system.


/s/ *Gail Hardin*
_____

3

117676485.1