Phillip H. Stanfield, Bar #011729
Clarice A. Spicker, Bar #029964
Lauren D. Norton, Bar #037070
JONES, SKELTON & HOCHULI P.L.C.
40 N. Central Avenue, Suite 2700
Phoenix, Arizona 85004
Telephone: (602) 263-4491
Fax: (602) 200-7898
pstanfield@jshfirm.com
cspicker@jshfirm.com
lnorton@jshfirm.com

Attorneys for Defendant Crete Carrier
Corporation

## UNITED STATES DISTRICT COURT

## DISTRICT OF ARIZONA

| | |
|---|---|
| Kimberly Brennan, an individual; Carmen Ponce, an individual,<br><br>Plaintiffs,<br><br>v.<br><br>Johnny Hernandez, an individual; Crete Carrier Corporation, an Arizona foreign for-profit corporation; John and Jane Does 1-10; and White Partnerships 1-10;,<br><br>Defendants. | No. 2:24-cv-01740-PHX-DJH<br><br>(Consolidated with 2:24-cv-01741-DGC)<br><br>**DEFENDANT'S NOTICE OF INTENT TO SERVE SUBPOENAS DUCES TECUM** |
| Robert Warix, Individually,<br><br>Plaintiff,<br><br>v.<br><br>Johnny Hernadez and Jane Doe Hernandez, Individually and as Husband and Wife; Crete Carrier Corporation, a Foreign For-Profit Corporation; John Does I-X and Jane Does I-X, Individually and as Husband and Wife; Black Corporations I-X and White Limited Partnerships I-X,<br><br>Defendants. | |

117721426.1

1         Pursuant to Rule 45(d)(3), Defendant Crete Carrier Corporation ("Crete")

2 hereby gives notice to all parties that Crete intends to serve the attached Subpoenas Duces

3 Tecum on the following:

4         • Avis Car Rental;

5         • Tracie Clean, LLC; and

6         • Cardinal Glass.

7         DATED this 5th day of November, 2024.

8                     JONES, SKELTON & HOCHULI, P.L.C.

9

10                     By */s/ Lauren D. Norton*

11                       Phillip H. Stanfield
                      Clarice A. Spicker

12                       Lauren D. Norton
                      40 N. Central Avenue, Suite 2700

13                       Phoenix, Arizona 85004
                      Attorneys for Defendant Crete Carrier

14                       Corporation

15

16

17

18

19

20

21

22

23

24

25

26

27

28

117721426.1

**CERTIFICATE OF SERVICE**

I hereby certify that on this 5th day of November, 2024, I caused the foregoing document to be filed electronically with the Clerk of Court through the CM/ECF System for filing; and served on counsel of record via the Court's CM/ECF system.


*/s/ Jessica Madden*

117721426.1