**LERNER & ROWE, P.C.**
Brian Plant, SBN 035510
2701 E. Camelback Rd., Ste. 140
Phoenix, AZ  85016
Telephone: (602) 977-1900
Fax: (602) 977-1901
bplant@lernerandrowe.com
minute_entries@lernerandrowe.com
*Attorney for Plaintiff Robert Warix*

### IN THE UNITED STATES DISTRICT COURT

### FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Kimberly Brennan, et al.,<br><br>                              Plaintiffs,<br>vs.<br><br>Johnny Hernandez, et al.,<br><br>                              Defendants. | No. 2:24-CV-01740-DJH<br><br>**PLAINTIFF ROBERT WARIX'S NOTICE OF SERVICE OF AMENDED DISCOVERY**<br><br>**(**Honorable Diane J. Humetewa) |
| Robert Warix, Individually,<br><br>                              Plaintiff,<br>vs.<br><br>Johnny Hernandez and Jane Doe Hernandez, Individually and as Husband and Wife; Crete Carrier Corporation, a Foreign For-Profit Corporation; John Does I-X and Jane Does I-X, Individually and as Husband and Wife; Black Corporations I-X and White Limited Partnerships I-X;<br><br>                              Defendants. | Case No.: CV-24-01741-PHX-DJH |

Plaintiff Robert Warix, by and through undersigned counsel, give notice that he has served both Plaintiff's and Defendant's attorney with Plaintiff Robert Warix's Amended Answers to Interrogatories via e-mail on November 5, 2024.

///

**RESPECTFULLY SUBMITTED** this 5th day of November 2024.

**LERNER & ROWE, P.C.,**

By   */s/ Brian Plant*
Brian Plant, Esq.
2701 E. Camelback Rd., Ste. 140
Phoenix, Arizona 85016
*Attorney for Plaintiff Robert Warix*

**CERTIFICATE OF SERVICE**

I hereby certify that on November 5, 2024, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to all CM/ECF registrants in the reference case.

                                                                */s/Gabrielle Fernandez*