Todd Rigby, Esq. (SBN 013383)
**LERNER & ROWE, P.C.**
2701 E. Camelback Rd., Ste. 140
Phoenix, AZ 85016
Telephone: (602) 977-1900
Fax: (602) 977-1901
*trigby@lernerandrowe.com*
*minute_entries@lernerandrowe.com*
*Attorney for Plaintiff*

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Kimberly Brennan, an individual; Carmen Ponce, an individual, <br><br> Plaintiffs, <br> vs. <br><br> Johnny Hernandez, an individual; Crete Carrier Corporation, an Arizona foreign for-profit corporation; John and Jane Does 1-10; Black Corporations 1-10; and White Partnerships 1-10, <br><br> Defendants. | Case No. 2:24-CV-01740-DJH <br><br> (*Consolidating 2:24-cv-01741-DGC*) <br><br> **PLAINTIFF'S NOTICE OF SUBSTITUTION OF COUNSEL WITHIN THE FIRM** <br><br> (Honorable Diane J. Humetewa) |
| Robert Warix, Individually, <br><br> Plaintiff, <br> vs. <br><br> Johnny Hernandez and Jane Doe Hernandez, Individually and as Husband and Wife; Crete Carrier Corporation, a Foreign For-Profit Corporation; John Does I-X and Jane Does I-X, Individually and as Husband and Wife; Black Corporations I-X and White Limited Partnerships I-X, <br><br> Defendants. | |

Todd Rigby, Esq., hereby gives notice of substitution of counsel within the firm of Lerner & Rowe, P.C., as attorneys of record for Plaintiff Robert Warix, in place and stead of Brian Plant,

- 1 -

Esq., who disassociated with the Firm. Please direct all telephone calls, court notices, correspondence, pleadings, and other documents and communication to the undersigned as addressed above.

**RESPECTFULLY SUBMITTED** this 27th day of December 2024.

              **LERNER & ROWE, P.C.,**

          By */s/ Todd Rigby*
             Todd Rigby, Esq.
             *Attorneys for Plaintiff Robert Warix*

**CERTIFICATE OF SERVICE**

I hereby certify that on this 27th day of December, 2024, I caused the foregoing document to be filed electronically with the Clerk of Court through the CM/ECF System for filing; and served on counsel of record via the Court's CM/ECF system.

Robert T. Mills
Sean A. Woods
5055 North 12th Street, Suite 101
Phoenix, AZ 85014
docket@millsandwoods.com
swoods@millsandwoods.com
*Attorneys for Plaintiffs Kimberly Brennan and Carmen Ponce*

Phillip H. Stanfield
Clarice A. Spicker
Lauren D. Norton
JONES, SKELTON & HOCHULI P.L.C.
40 N Central Ave., Ste. 2700
Phoenix, Arizona 85004
pstanfield@jshfirm.com
cspicker@jshfirm.com
lnorton@jshfirm.com
rcamelio@jshfirm.com
jmadden@jshfirm.com
ghardin@jshfirm.com
*Attorneys for Defendant Crete Carrier Corporation*

*/s/ GVDobratz*