Phillip H. Stanfield, Bar #011729
Clarice A. Spicker, Bar #029964
Lauren D. Norton, Bar #037070
JONES, SKELTON & HOCHULI P.L.C.
40 N. Central Avenue, Suite 2700
Phoenix, Arizona 85004
Telephone: (602) 263-4491
Fax: (602) 200-7898
pstanfield@jshfirm.com
cspicker@jshfirm.com
lnorton@jshfirm.com

Attorneys for Defendant Crete Carrier Corporation

# UNITED STATES DISTRICT COURT
# DISTRICT OF ARIZONA

| | |
|---|---|
| Kimberly Brennan, an individual; Carmen Ponce, an individual,<br><br>    Plaintiffs,<br><br>v.<br><br>Johnny Hernandez, an individual; Crete Carrier Corporation, an Arizona foreign for-profit corporation; John and Jane Does 1-10; and White Partnerships 1-10,<br><br>    Defendants. | No. 2:24-cv-01740-DJH<br><br>(Consolidated with 2:24-cv-01741-DGC)<br><br>**NOTICE OF SERVICE** |
| Robert Warix, Individually,<br><br>    Plaintiff,<br><br>v.<br><br>Johnny Hernandez and Jane Doe Hernandez, Individually and as Husband and Wife; Crete Carrier Corporation, a Foreign For-Profit Corporation; John Does I-X and Jane Does I-X, Individually and as Husband and Wife; Black Corporations I-X and White Limited Partnerships I-X,<br><br>    Defendants. | |

        NOTICE IS HEREBY GIVEN that Defendant Crete Carrier Corporation, by and through undersigned counsel, served the following documents upon counsel for Plaintiff Warix via email on January 10, 2025:

117942705.1

Defendant's Second Set of Interrogatories to Plaintiff Warix; and

Defendant's First Request for Admissions to Plaintiff Warix.

DATED this 10th day of January, 2025.

         JONES, SKELTON & HOCHULI, P.L.C.


By */s/ Lauren D. Norton*
 Phillip H. Stanfield
 Clarice A. Spicker
 Lauren D. Norton
 40 N. Central Avenue, Suite 2700
 Phoenix, Arizona 85004
 Attorneys for Defendant Crete Carrier
 Corporation

2

117942705.1

## CERTIFICATE OF SERVICE

I hereby certify that on this 10th day of January 2025, I caused the foregoing document to be filed electronically with the Clerk of Court through the CM/ECF System for filing; and served on counsel of record via the Court's CM/ECF system.

/s/ *Gail Hardin*

117942705.1