1  Robert T. Mills (Arizona Bar #018853)
   Sean A. Woods (Arizona Bar #028930)
2  **MILLS + WOODS LAW, PLLC**
   5055 North 12th Street, Suite 101
3  Phoenix, Arizona 85014
   Telephone 480.999.4556
4  docket@millsandwoods.com
   swoods@millsandwoods.com
5  *Attorneys for Plaintiffs Kimberly Brennan*
   *and Carmen Ponce*

### UNITED STATES DISTRICT COURT

### DISTRICT OF ARIZONA

| | |
|---|---|
| Kimberly Brennan, an individual; Carmen Ponce, an individual,<br><br>Plaintiffs,<br><br>vs.<br><br>Johnny Hernandez, an individual; Crete Carrier Corporation, an Arizona foreign for-profit corporation; John and Jane Does 1-10; Black Corporations 1-10; and White Partnerships 1-10,<br><br>Defendants. | Case No.: CV-24-01740-PHX-DJH<br><br>**PLAINTIFFS' NOTICE OF SERVICE OF DISCOVERY REQUESTS TO DEFENDANT**<br><br>(Assigned to the Honorable Diane J. Humetewa) |
| Robert Warix, Individually,<br><br>Plaintiff,<br><br>vs.<br><br>Johnny Hernandez and Jane Doe Hernandez, Individually and as Husband and Wife; Crete Carrier Corporation, a Foreign For-Profit Corporation; John Does I-X and Jane Does I-X, Individually and as Husband and Wife; Black Corporations I-X and White Limited Partnerships I-X,<br><br>Defendants. | Case No.: CV-24-01741-PHX-DJH |

Through counsel undersigned, Plaintiffs hereby give notice that this same day they served their Requests for Production and Interrogatories upon counsel for Defendant Crete Carrier Corporation via email.

**RESPECTFULLY SUBMITTED** this 14th day of January 2025.

**MILLS + WOODS LAW, PLLC**

By  */s/ Sean A. Woods*
    Robert T. Mills
    Sean A. Woods
    5055 North 12th Street, Suite 101
    Phoenix, AZ 85014
    *Attorneys for Plaintiffs Kimberly Brennan and Carmen Ponce*

**CERTIFICATE OF SERVICE**

I hereby certify that on January 14, 2025, I electronically transmitted the foregoing document to the Clerk's Office using the ECF System for filing and transmittal of a Notice of Electronic Filing to the following ECF registrants:

Clarice A. Spicker
cspicker@jshfirm.com
Lauren D. Norton
lnorton@jshfirm.com
**JONES, SKELTON & HOCHULI P.L.C.**
jmadden@jshfirm.com
ghardin@jshfirm.com
40 N Central Ave., Ste. 2700
Phoenix, Arizona 85004
*Attorneys for Defendant Crete Carrier Corporation*

1  Todd Rigby
2  rigby@lernerandrowe.com
   **LERNER & ROWE, P.C.**
3  minute_entries@lernerandrowe.com
   2701 E Camelback Rd., Ste. 140
4  Phoenix, AZ 85016
5  *Attorneys for Plaintiff Robert Warix*

6
7       /s/ Ben Dangerfield

MILLS + WOODS LAW, PLLC
5055 North 12th Street, Suite 101
Phoenix, AZ 85014
480.999.4556