Phillip H. Stanfield, Bar #011729
Clarice A. Spicker, Bar #029964
Lauren D. Norton, Bar #037070
JONES, SKELTON & HOCHULI P.L.C.
40 N. Central Avenue, Suite 2700
Phoenix, Arizona 85004
Telephone: (602) 263-4491
Fax: (602) 200-7898
pstanfield@jshfirm.com
cspicker@jshfirm.com
lnorton@jshfirm.com

Attorneys for Defendant Crete Carrier Corporation

**UNITED STATES DISTRICT COURT**

**DISTRICT OF ARIZONA**

| | |
|---|---|
| Kimberly Brennan, an individual; Carmen Ponce, an individiual,<br><br>  Plaintiffs,<br><br>v.<br><br>Johnny Hernandez, an individual; Crete Carrier Corporation, an Arizona foreign for-profit corporation; John and Jane Does 1-10; and White Partnerships 1-10;,<br><br>  Defendants. | No. 2:24-cv-01740-PHX-DJH<br><br>(Consolidated with 2:24-cv-01741-DGC)<br><br>**NOTICE OF VIDEO TAPED DEPOSITION OF CARMEN PONCE** |
| Robert Warix, Individually,<br><br>  Plaintiff,<br><br>v.<br><br>Johnny Hernadez and Jane Doe Hernandez, Individually and as Husband and Wife; Crete Carrier Corporation, a Foregin For-Profit Corporation; John Does I-X and Jane Does I-X, Individually and as Husband and Wife; Black Corporations I-X and White Limited Partnerships I-X,<br><br>  Defendants. | |

YOU ARE HEREBY NOTIFIED that, pursuant to RCP 26 and 30, the video tape deposition will be taken upon oral examination of the persons whose names and

117994668.1

1  addresses are stated below at the time and place stated below before an officer authorized
2  by law to administer oaths.
3     If you require an interpreter to translate your testimony, please advise the
4  attorney undersigned no later than ten (10) days before the deposition date, designating the
5  specific language and dialect.

6  **PERSONS TO BE EXAMINED:**   Carmen Ponce
                                 c/o Mills & Woods Law PLLC.
7                                5055 N. 12th Street, Ste. 101
                                 Phoenix, Arizona 85014
8
   **DATE AND TIME OF THE**      Thursday, February 20, 2025
9  **DEPOSITION:**               at 10:00 a.m.

10 **LOCATION OF DEPOSITION:**   JONES, SKELTON & HOCHULI, P.L.C.
                                 40 North Central Avenue, Suite 2700
11                               Phoenix, Arizona 85004
                                 (602) 263-4491
12
   **TRANSCRIPTIONIST AND**      DepoTech
13 **VIDEOGRAPHER BEFORE**
   **WHOM DEPOSITION WILL BE**
14 **TAKEN:**

15    This videotape deposition will be recorded with one camera facing deponent
16 at eye level across the length of the table.
17    DATED this 22nd day of January, 2025.

18                              JONES, SKELTON & HOCHULI, P.L.C.
19
20                              By _____
                                   Phillip H. Stanfield
21                                 Clarice A. Spicker
                                   Lauren D. Norton
22                                 40 N. Central Avenue, Suite 2700
                                   Phoenix, Arizona 85004
23                                 Attorneys for Defendant Crete Carrier
                                   Corporation
24
25
26
27
28

2

117994668.1

**CERTIFICATE OF SERVICE**

      I hereby certify that on this 22nd day of January, 2025, I caused the foregoing document to be filed electronically with the Clerk of Court through the CM/ECF System for filing; and served on counsel of record via the Court's CM/ECF system.

      I further certify that I have emailed the foregoing document to the following non-CM/ECF participant:

Jessica Mason
DepoTech
dtscheduling@depotechnologies.com
Court Reporter


/s/ *Gail Hardin*

3

117994668.1