Phillip H. Stanfield, Bar #011729
Clarice A. Spicker, Bar #029964
Lauren D. Norton, Bar #037070
JONES, SKELTON & HOCHULI P.L.C.
40 N. Central Avenue, Suite 2700
Phoenix, Arizona 85004
Telephone: (602) 263-4491
Fax: (602) 200-7898
pstanfield@jshfirm.com
cspicker@jshfirm.com
lnorton@jshfirm.com

Attorneys for Defendant Crete Carrier Corporation

## UNITED STATES DISTRICT COURT

## DISTRICT OF ARIZONA

| | |
|---|---|
| Kimberly Brennan, an individual; Carmen Ponce, an individiual,<br><br>Plaintiffs,<br><br>v.<br><br>Johnny Hernandez, an individual; Crete Carrier Corporation, an Arizona foreign for-profit corporation; John and Jane Does 1-10; and White Partnerships 1-10;,<br><br>Defendants. | No. 2:24-cv-01740-PHX-DJH<br><br>(Consolidated with 2:24-cv-01741-DGC)<br><br>**NOTICE OF VIDEO TAPED DEPOSITION OF CARMEN PONCE** |
| Robert Warix, Individually,<br><br>Plaintiff,<br><br>v.<br><br>Johnny Hernadez and Jane Doe Hernandez, Individually and as Husband and Wife; Crete Carrier Corporation, a Foregin For-Profit Corporation; John Does I-X and Jane Does I-X, Individually and as Husband and Wife; Black Corporations I-X and White Limited Partnerships I-X,<br><br>Defendants. | |

YOU ARE HEREBY NOTIFIED that, pursuant to RCP 26 and 30, the video tape deposition will be taken upon oral examination of the persons whose names and

118026000.1

1  addresses are stated below at the time and place stated below before an officer authorized
2  by law to administer oaths.
3         If you require an interpreter to translate your testimony, please advise the
4  attorney undersigned no later than ten (10) days before the deposition date, designating the
5  specific language and dialect.

6  **PERSONS TO BE EXAMINED:**   Carmen Ponce
7                                c/o Mills & Woods Law PLLC.
                                  5055 N. 12th Street, Ste. 101
                                  Phoenix, Arizona 85014
8
9  **DATE AND TIME OF THE DEPOSITION:**   Thursday, February 20, 2025
                                          at **9:00 a.m.**
10 **LOCATION OF DEPOSITION:**   JONES, SKELTON & HOCHULI, P.L.C.
                                 40 North Central Avenue, Suite 2700
11                               Phoenix, Arizona 85004
                                 (602) 263-4491
12
13 **TRANSCRIPTIONIST AND VIDEOGRAPHER BEFORE WHOM DEPOSITION WILL BE TAKEN:**   DepoTech
14

15        This videotape deposition will be recorded with one camera facing deponent
16 at eye level across the length of the table.
17        DATED this 31st day of January, 2025.

18                                JONES, SKELTON & HOCHULI, P.L.C.
19
20                                By _____
21                                   Phillip H. Stanfield
                                     Clarice A. Spicker
22                                   Lauren D. Norton
                                     40 N. Central Avenue, Suite 2700
23                                   Phoenix, Arizona 85004
                                     Attorneys for Defendant Crete Carrier
24                                   Corporation

2

118026000.1

## CERTIFICATE OF SERVICE

I hereby certify that on this 31st day of January, 2025, I caused the foregoing document to be filed electronically with the Clerk of Court through the CM/ECF System for filing; and served on counsel of record via the Court's CM/ECF system.

I further certify that I have emailed the foregoing document to the following non-CM/ECF participant:

Jessica Mason
DepoTech
dtscheduling@depotechnologies.com
Court Reporter


/s/ Gail Hardin

118026000.1