Phillip H. Stanfield, Bar #011729
Clarice A. Spicker, Bar #029964
Lauren D. Norton, Bar #037070
JONES, SKELTON & HOCHULI P.L.C.
40 N. Central Avenue, Suite 2700
Phoenix, Arizona 85004
Telephone: (602) 263-4491
Fax: (602) 200-7898
pstanfield@jshfirm.com
cspicker@jshfirm.com
lnorton@jshfirm.com

Attorneys for Defendant Crete Carrier Corporation

# UNITED STATES DISTRICT COURT

# DISTRICT OF ARIZONA

| | |
|---|---|
| Kimberly Brennan, an individual; Carmen Ponce, an individual,<br><br>        Plaintiffs,<br><br>v.<br><br>Johnny Hernandez, an individual; Crete Carrier Corporation, an Arizona foreign for-profit corporation; John and Jane Does 1-10; and White Partnerships 1-10;,<br><br>        Defendants. | No. 2:24-cv-01740-PHX-DJH<br><br>(Consolidated with 2:24-cv-01741-DGC)<br><br>**DEFENDANT'S NOTICE OF INTENT TO SERVE SUBPOENA FOR APPEARANCE AT A DEPOSITION** |
| Robert Warix, Individually,<br><br>        Plaintiff,<br><br>v.<br><br>Johnny Hernadez and Jane Doe Hernandez, Individually and as Husband and Wife; Crete Carrier Corporation, a Foreign For-Profit Corporation; John Does I-X and Jane Does I-X, Individually and as Husband and Wife; Black Corporations I-X and White Limited Partnerships I-X,<br><br>        Defendants. | |

118046234.1

1       Pursuant to Rule 45(d)(3), Defendant Crete Carrier Corporation ("Crete") hereby gives notice to all parties that Crete intends to serve a Subpoena for Appearance at a Deposition on Non-Party at Fault Gary Hand.

      Pursuant to Rule 45(d)(3), Defendant will proceed with having the attached Subpoena served in the event that no objection is received within two days.

      DATED this 31st day of January, 2025.

      JONES, SKELTON & HOCHULI, P.L.C.


      By */s/ Lauren D. Norton*
          Phillip H. Stanfield
          Clarice A. Spicker
          Lauren D. Norton
          40 N. Central Avenue, Suite 2700
          Phoenix, Arizona 85004
          Attorneys for Defendant Crete Carrier Corporation

118046234.1

**CERTIFICATE OF SERVICE**

I hereby certify that on this 31st day of January, 2025, I caused the foregoing document to be filed electronically with the Clerk of Court through the CM/ECF System for filing; and served on counsel of record via the Court's CM/ECF system.

/s/ *Gail Hardin*

118046234.1