Todd Rigby, Esq. (SBN 013383)
**LERNER & ROWE, P.C.**
2701 E. Camelback Rd., Ste. 140
Phoenix, AZ 85016
Telephone: (602) 977-1900
Fax: (602) 977-1901
trigby@lernerandrowe.com
minute_entries@lernerandrowe.com
*Attorney for Plaintiff*

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| Kimberly Brennan, an individual; Carmen Ponce, an individual, <br><br> Plaintiffs, <br> vs. <br><br> Johnny Hernandez, an individual; Crete Carrier Corporation, an Arizona foreign for-profit corporation; John and Jane Does 1-10; Black Corporations 1-10; and White Partnerships 1-10, <br><br> Defendants. | Case No. 2:24-CV-01740-DJH <br><br> (Consolidated with 2:24-cv-01741-DJH) <br><br> **PLAINTIFF ROBERT WARIX'S NOTICE OF SERVICE OF DISCOVERY** <br><br> **(**Honorable Diane J. Humetewa) |
| Robert Warix, Individually, <br><br> Plaintiff, <br> vs. <br><br> Johnny Hernandez and Jane Doe Hernandez, Individually and as Husband and Wife; Crete Carrier Corporation, a Foreign For-Profit Corporation; John Does I-X and Jane Does I-X, Individually and as Husband and Wife; Black Corporations I-X and White Limited Partnerships I-X; <br><br> Defendants. | |

Plaintiff Robert Warix, by and through undersigned counsel, gives notice that he has served both Plaintiffs' and Defendants' attorneys with Plaintiff Robert Warix's Answers to Crete Carrier

Corporation's First Request for Admission and Second Set of Interrogatories via e-mail on January 4, 2025.

**RESPECTFULLY SUBMITTED** this 4th day of January 2025.

             **LERNER & ROWE, P.C.,**

          By */s/ Todd Rigby*
            Todd Rigby, Esq.
            2701 E. Camelback Rd., Ste. 140
            Phoenix, Arizona 85016
            *Attorney for Plaintiff Robert Warix*

# CERTIFICATE OF SERVICE

I hereby certify that on this 4th date of January, 2025, I caused the foregoing document to be filed electronically with the Clerk of Court through the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following ECF registrants:

Phillip H. Stanfield, Esq.
Clarice A. Spicker, Esq.
Lauren D. Norton, Esq.
**JONES, SKELTON & HOCHULI, P.L.C.**
40 N. Central Avenue, Suite 2700
Phoenix, AZ 85004
*pstanfield@jshfirm.com*
*spicker@jshfirm.com*
*norton@jshfirm.com*
*Attorneys for Defendant Crete Carrier*

Sean Woods, Esq.
Robert Mills, Esq.
Ben Dangerfield, Esq.
**MILLS & WOODS LAW PLLC**
5055 N. 12th St., Suite 101
Phoenix, AZ 85014
*swoods@millsandwoods.com*
*rmills@millsandwoods.com*
*bdangerfield@millsandwoods.com*
*Attorneys for Plaintiffs Kimberly Brennan and Carmen Ponce*

*/s/ GVDobratz*