Robert T. Mills (Arizona Bar #018853)
Sean A. Woods (Arizona Bar #028930)
**MILLS + WOODS LAW, PLLC**
5055 North 12th Street, Suite 101
Phoenix, Arizona 85014
Telephone 480.999.4556
docket@millsandwoods.com
swoods@millsandwoods.com
*Attorneys for Plaintiffs Kimberly Brennan and Carmen Ponce*

# UNITED STATES DISTRICT COURT

# DISTRICT OF ARIZONA

| | |
|---|---|
| Kimberly Brennan, an individual; Carmen Ponce, an individual,<br><br>Plaintiffs,<br><br>vs.<br><br>Johnny Hernandez, an individual; Crete Carrier Corporation, an Arizona foreign for-profit corporation; John and Jane Does 1-10; Black Corporations 1-10; and White Partnerships 1-10,<br><br>Defendants.<br><br>Robert Warix, Individually,<br><br>Plaintiff,<br><br>vs.<br><br>Johnny Hernandez and Jane Doe Hernandez, Individually and as Husband and Wife; Crete Carrier Corporation, a Foreign For-Profit Corporation; John Does I-X and Jane Does I-X, Individually and as Husband and Wife; Black Corporations I-X and White Limited Partnerships I-X,<br><br>Defendants. | Case No.: CV-24-01740-PHX-DJH<br><br>**PLAINTIFF BRENNAN'S AND PONCE'S NOTICE OF SERVICE OF RESPONSES TO DEFENDANT'S FIRST SETS OF REQUESTS FOR ADMISSION AND SECOND SETS OF INTERROGATORIES**<br><br>(Assigned to the Honorable Diane J. Humetewa)<br><br><br>Case No.: CV-24-01741-PHX-DJH |

Through counsel undersigned and pursuant to Rule 5.2 of the Local Rules of Civil Procedure, Plaintiffs Kimberly Brennan and Carmen Ponce hereby give notice that this same day they served their Responses to Defendant Crete Carrier Corporation's ("Defendant's") First Sets of Requests for Admission and Second Sets of Interrogatories upon Defendant's counsel via email.

**RESPECTFULLY SUBMITTED** this 10th day of February 2025.

**MILLS + WOODS LAW, PLLC**

By   */s/ Sean A. Woods*
     Robert T. Mills
     Sean A. Woods
     5055 North 12th Street, Suite 101
     Phoenix, AZ 85014
     *Attorneys for Plaintiffs Kimberly Brennan and Carmen Ponce*

2

# CERTIFICATE OF SERVICE

I hereby certify that on February 10, 2025, I electronically transmitted the foregoing document to the Clerk's Office using the ECF System for filing and transmittal of a Notice of Electronic Filing to the following ECF registrants:

Clarice A. Spicker
cspicker@jshfirm.com
jmadden@jshfirm.com
Lauren D. Norton
lnorton@jshfirm.com
ghardin@jshfirm.com
**JONES, SKELTON & HOCHULI P.L.C.**
40 N Central Ave., Ste. 2700
Phoenix, Arizona 85004
*Attorneys for Defendant Crete Carrier Corporation*

Todd Rigby
trigby@lernerandrowe.com
vpatton@lernerandrowe.com
gdobratz@lernerandrowe.com
**LERNER & ROWE, P.C.**
minute_entries@lernerandrowe.com
2701 E Camelback Rd., Ste. 140
Phoenix, AZ 85016
*Attorneys for Plaintiff Robert Warix*

          /s/ Ben Dangerfield