1  Phillip H. Stanfield, Bar #011729
   Clarice A. Spicker, Bar #029964
2  Lauren D. Norton, Bar #037070
   JONES, SKELTON & HOCHULI P.L.C.
3  40 N. Central Avenue, Suite 2700
   Phoenix, Arizona 85004
4  Telephone: (602) 263-4491
   Fax: (602) 200-7898
5  pstanfield@jshfirm.com
   cspicker@jshfirm.com
6  lnorton@jshfirm.com

7  Attorneys for Defendant Crete Carrier
   Corporation
8

9              **UNITED STATES DISTRICT COURT**

10                    **DISTRICT OF ARIZONA**

11 | Kimberly Brennan, an individual; Carmen Ponce, an individiual, | No. 2:24-cv-01740-PHX-DJH |
12 | | |
   | Plaintiffs, | (Consolidated with 2:24-cv-01741-DGC) |
13 | | |
   | v. | **SECOND AMENDED NOTICE OF VIDEO TAPED DEPOSITION OF KIMBERLY BRENNAN** |
14 | | |
15 | Johnny Hernandez, an individual; Crete Carrier Corporation, an Arizona foreign for-profit corporation; John and Jane Does 1-10; and White Partnerships 1-10;, | |
16 | | |
17 | Defendants. | |
18 | | |
19 | Robert Warix, Individually, | |
   | Plaintiff, | |
20 | | |
21 | v. | |
22 | Johnny Hernadez and Jane Doe Hernandez, Individually and as Husband and Wife; Crete Carrier Corporation, a Foregin For-Profit Corporation; John Does I-X and Jane Does I-X, Individually and as Husband and Wife; Black Corporations I-X and White Limited Partnerships I-X, | |
23 | | |
24 | | |
25 | | |
26 | Defendants. | |

27         YOU ARE HEREBY NOTIFIED that, pursuant to RCP 26 and 30, the video
28 tape deposition will be taken upon oral examination of the persons whose names and

118025992.1

addresses are stated below at the time and place stated below before an officer authorized by law to administer oaths.

If you require an interpreter to translate your testimony, please advise the attorney undersigned no later than ten (10) days before the deposition date, designating the specific language and dialect.

| | |
|---|---|
| **PERSONS TO BE EXAMINED:** | Kimberly Brennan<br>c/o Mills & Woods Law PLLC.<br>5055 N. 12th Street, Ste. 101<br>Phoenix, Arizona 85014 |
| **DATE AND TIME OF THE DEPOSITION:** | Wednesday, February 19, 2025<br>at **1:30 p.m.** |
| **LOCATION OF DEPOSITION:** | **DepoTech<br>2415 E. Camelback Rd., Ste. 700<br>Phoenix, Arizona 85016** |
| **TRANSCRIPTIONIST AND VIDEOGRAPHER BEFORE WHOM DEPOSITION WILL BE TAKEN:** | DepoTech |

This videotape deposition will be recorded with one camera facing deponent at eye level across the length of the table.

DATED this 11th day of February, 2025.

JONES, SKELTON & HOCHULI, P.L.C.

By _____
Phillip H. Stanfield
Clarice A. Spicker
Lauren D. Norton
40 N. Central Avenue, Suite 2700
Phoenix, Arizona 85004
Attorneys for Defendant Crete Carrier Corporation

2

118025992.1

**CERTIFICATE OF SERVICE**

I hereby certify that on this 11th day of February, 2025, I caused the foregoing document to be filed electronically with the Clerk of Court through the CM/ECF System for filing; and served on counsel of record via the Court's CM/ECF system.

I further certify that I have emailed the foregoing document to the following non-CM/ECF participant:

Jessica Mason
DepoTech
dtscheduling@depotechnologies.com
Court Reporter


/s/ Gail Hardin

3

118025992.1