Phillip H. Stanfield, Bar #011729
Clarice A. Spicker, Bar #029964
Lauren D. Norton, Bar #037070
JONES, SKELTON & HOCHULI P.L.C.
40 N. Central Avenue, Suite 2700
Phoenix, Arizona 85004
Telephone: (602) 263-4491
Fax: (602) 200-7898
pstanfield@jshfirm.com
cspicker@jshfirm.com
lnorton@jshfirm.com

Attorneys for Defendant Crete Carrier Corporation

# UNITED STATES DISTRICT COURT

# DISTRICT OF ARIZONA

| | |
|---|---|
| Kimberly Brennan, an individual; Carmen Ponce, an individiual,<br><br>                         Plaintiffs,<br>v.<br>Johnny Hernandez, an individual; Crete Carrier Corporation, an Arizona foreign for-profit corporation; John and Jane Does 1-10; and White Partnerships 1-10;,<br><br>                         Defendants. | No. 2:24-cv-01740-PHX-DJH<br><br>(Consolidated with 2:24-cv-01741-DGC)<br><br>**NOTICE OF VIDEOTAPED DEPOSITION OF GARY HAND** |
| Robert Warix, Individually,<br><br>                         Plaintiff,<br>v.<br>Johnny Hernadez and Jane Doe Hernandez, Individually and as Husband and Wife; Crete Carrier Corporation, a Foregin For-Profit Corporation; John Does I-X and Jane Does I-X, Individually and as Husband and Wife; Black Corporations I-X and White Limited Partnerships I-X,<br><br>                         Defendants. | |

118033148.1

1  YOU ARE HEREBY NOTIFIED that, pursuant to RCP 26 and 30, the video
2  tape deposition will be taken upon oral examination of the persons whose names and
3  addresses are stated below at the time and place stated below before an officer authorized
4  by law to administer oaths.

5  If you require an interpreter to translate your testimony, please advise the
6  attorney undersigned no later than ten (10) days before the deposition date, designating the
7  specific language and dialect.

| | |
|---|---|
| **PERSONS TO BE EXAMINED:** | Gary Hand<br>11839 S. Avenue 31E<br>Wellton, Arizona 85356 |
| **DATE AND TIME OF THE DEPOSITION:** | Monday, February 24, 2025<br>at 2:00 p.m. |
| **LOCATION OF DEPOSITION:** | **Yuma Attorney Services**<br>**227 s. 2nd Ave., Ste. A**<br>**Yuma, Arizona 85364** |
| **TRANSCRIPTIONIST AND VIDEOGRAPHER BEFORE WHOM DEPOSITION WILL BE TAKEN:** | DepoTech<br>2415 E. Camelback Rd., Ste. 700<br>Phoenix, Arizona 85016 |

16  This videotape deposition will be recorded with one camera facing deponent
17  at eye level across the length of the table.

19  DATED this 21st day of February, 2025.

JONES, SKELTON & HOCHULI, P.L.C.

By _____
Phillip H. Stanfield
Clarice A. Spicker
Lauren D. Norton
40 N. Central Avenue, Suite 2700
Phoenix, Arizona 85004
Attorneys for Defendant Crete Carrier Corporation

2

118033148.1

**CERTIFICATE OF SERVICE**

I hereby certify that on this 21st day of February, 2025, I caused the foregoing document to be filed electronically with the Clerk of Court through the CM/ECF System for filing; and served on counsel of record via the Court's CM/ECF system.

I further certify that I have emailed the foregoing document to the following non-CM/ECF participant:

Jessica Mason
DepoTech
dtscheduling@depotechnologies.com
Court Reporter and Videographer


/s/ *Gail Hardin*

118033148.1