Phillip H. Stanfield, Bar #011729
Clarice A. Spicker, Bar #029964
Lauren D. Norton, Bar #037070
JONES, SKELTON & HOCHULI P.L.C.
40 N. Central Avenue, Suite 2700
Phoenix, Arizona 85004
Telephone: (602) 263-4491
Fax: (602) 200-7898
pstanfield@jshfirm.com
cspicker@jshfirm.com
lnorton@jshfirm.com

Attorneys for Defendant Crete Carrier Corporation

# UNITED STATES DISTRICT COURT

# DISTRICT OF ARIZONA

| | |
|---|---|
| Kimberly Brennan, an individual; Carmen Ponce, an individual,<br><br>Plaintiffs,<br><br>v.<br><br>Johnny Hernandez, an individual; Crete Carrier Corporation, an Arizona foreign for-profit corporation; John and Jane Does 1-10; and White Partnerships 1-10,<br><br>Defendants. | No. 2:24-cv-01740-DJH<br><br>(Consolidated with 2:24-cv-01741-DGC)<br><br>**NOTICE OF SERVICE OF DISCOVERY** |
| Robert Warix, Individually,<br><br>Plaintiff,<br><br>v.<br><br>Johnny Hernandez and Jane Doe Hernandez, Individually and as Husband and Wife; Crete Carrier Corporation, a Foreign For-Profit Corporation; John Does I-X and Jane Does I-X, Individually and as Husband and Wife; Black Corporations I-X and White Limited Partnerships I-X,<br><br>Defendants. | |

NOTICE IS HEREBY GIVEN that Defendant Crete Carrier Corporation, by and through undersigned counsel, served the following documents upon Plaintiffs' counsel via email on February 20, 2025, and March 4, 2025, respectively:

118166214.1

Defendant Crete Carrier Corporation's Second Supplemental Disclosure Statement; and

Defendant Crete Carrier Corporation's Third Supplemental Disclosure.

DATED this 4th day of March, 2025.

                    JONES, SKELTON & HOCHULI, P.L.C.

By  /s/ Lauren D. Norton
    Phillip H. Stanfield
    Clarice A. Spicker
    Lauren D. Norton
    40 N. Central Avenue, Suite 2700
    Phoenix, Arizona 85004
    Attorneys for Defendant Crete Carrier Corporation

118166214.1

**CERTIFICATE OF SERVICE**

I hereby certify that on this 4th day of March 2025, I caused the foregoing document to be filed electronically with the Clerk of Court through the CM/ECF System for filing; and served on counsel of record via the Court's CM/ECF system.


/s/ Gail Hardin

118166214.1