Phillip H. Stanfield, Bar #011729
Clarice A. Spicker, Bar #029964
Lauren D. Norton, Bar #037070
JONES, SKELTON & HOCHULI P.L.C.
40 N. Central Avenue, Suite 2700
Phoenix, Arizona 85004
Telephone: (602) 263-4491
Fax: (602) 200-7898
pstanfield@jshfirm.com
cspicker@jshfirm.com
lnorton@jshfirm.com

Attorneys for Defendant Crete Carrier Corporation

# UNITED STATES DISTRICT COURT

## DISTRICT OF ARIZONA

| | |
|---|---|
| Kimberly Brennan, an individual; Carmen Ponce, an individual, <br><br> Plaintiffs, <br><br> v. <br><br> Johnny Hernandez, an individual; Crete Carrier Corporation, an Arizona foreign for-profit corporation; John and Jane Does 1-10; and White Partnerships 1-10;, <br><br> Defendants. | No. 2:24-cv-01740-PHX-DJH <br><br> (Consolidated with 2:24-cv-01741-DGC) <br><br> **DEFENDANT'S NOTICE OF INTENT TO SERVE SUBPOENAS DUCES TECUM** |
| Robert Warix, Individually, <br><br> Plaintiff, <br><br> v. <br><br> Johnny Hernadez and Jane Doe Hernandez, Individually and as Husband and Wife; Crete Carrier Corporation, a Foreign For-Profit Corporation; John Does I-X and Jane Does I-X, Individually and as Husband and Wife; Black Corporations I-X and White Limited Partnerships I-X, <br><br> Defendants. | |

118185816.1

1    Pursuant to Rule 45(d)(3), Defendant Crete Carrier Corporation ("Crete")
2 hereby gives notice to all parties that Crete intends to serve the attached Subpoenas Duces
3 Tecum on the following:

- Avis Car Rental, c/o Legal Department, Avis Budget Group, Inc. for employment records of Plaintiff Warix;

- Avis Car Rental, c/o Legal Department, Avis Budget Group, Inc. for employment records of Plaintiff Brennan;

- Avis Car Rental, c/o Legal Department, Avis Budget Group, Inc. for employment records of Plaintiff Ponce.

DATED this 10th day of March, 2025.

        JONES, SKELTON & HOCHULI, P.L.C.

By */s/ Lauren D. Norton*
Phillip H. Stanfield
Clarice A. Spicker
Lauren D. Norton
40 N. Central Avenue, Suite 2700
Phoenix, Arizona 85004
Attorneys for Defendant Crete Carrier Corporation

## CERTIFICATE OF SERVICE

I hereby certify that on this 10th day of March, 2025, I caused the foregoing document to be filed electronically with the Clerk of Court through the CM/ECF System for filing; and served on counsel of record via the Court's CM/ECF system.

/s/ *Gail Hardin*
_____

118185816.1