| | |
|---|---|
| 1 | Phillip H. Stanfield, Bar #011729 |
| 2 | Clarice A. Spicker, Bar #029964 |
|   | Lauren D. Norton, Bar #037070 |
|   | JONES, SKELTON & HOCHULI P.L.C. |
| 3 | 40 N. Central Avenue, Suite 2700 |
|   | Phoenix, Arizona 85004 |
| 4 | Telephone: (602) 263-4491 |
|   | Fax: (602) 200-7898 |
| 5 | pstanfield@jshfirm.com |
|   | cspicker@jshfirm.com |
| 6 | lnorton@jshfirm.com |

Attorneys for Defendant Crete Carrier Corporation

**UNITED STATES DISTRICT COURT**

**DISTRICT OF ARIZONA**

| | |
|---|---|
| Kimberly Brennan, an individual; Carmen Ponce, an individiual, | No. 2:24-cv-01740-PHX-DJH |
| Plaintiffs, | (Consolidated with 2:24-cv-01741-DGC) |
| v. | **NOTICE OF VIDEOTAPED DEPOSITION OF ROBERT WARIX** |
| Johnny Hernandez, an individual; Crete Carrier Corporation, an Arizona foreign for-profit corporation; John and Jane Does 1-10; and White Partnerships 1-10;, | |
| Defendants. | |
| Robert Warix, Individually, | |
| Plaintiff, | |
| v. | |
| Johnny Hernadez and Jane Doe Hernandez, Individually and as Husband and Wife; Crete Carrier Corporation, a Foregin For-Profit Corporation; John Does I-X and Jane Does I-X, Individually and as Husband and Wife; Black Corporations I-X and White Limited Partnerships I-X, | |
| Defendants. | |

118198249.1

|   |   |
|---|---|
| 1 | YOU ARE HEREBY NOTIFIED that, pursuant to RCP 26 and 30, the video |
| 2 | tape deposition will be taken upon oral examination of the persons whose names and |
| 3 | addresses are stated below at the time and place stated below before an officer authorized |
| 4 | by law to administer oaths. |
| 5 | If you require an interpreter to translate your testimony, please advise the |
| 6 | attorney undersigned no later than ten (10) days before the deposition date, designating the |
| 7 | specific language and dialect. |

| | | |
|---|---|---|
| 8 | **PERSONS TO BE EXAMINED:** | Robert Warix |
| 9 | | c/o Lerner and Rowe, PC |
| | | 2700 E. Camelback Rd., Ste. 140 |
| 10 | | Phoenix, Arizona 85016 |
| 11 | **DATE AND TIME OF THE DEPOSITION:** | Wednesday, April 9, 2025 at 1:00 p.m. |
| 12 | **LOCATION OF DEPOSITION:** | **Jones Skelton and Hochuli** |
| 13 | | **40 N. Central Ave., Ste. 2700** |
| | | **Phoenix, Arizona 85004** |
| 14 | **TRANSCRIPTIONIST AND VIDEOGRAPHER BEFORE WHOM DEPOSITION WILL BE TAKEN:** | DepoTech |
| 15 | | 2415 E. Camelback Rd., Ste. 700 |
| | | Phoenix, Arizona 85016 |
| 16 | | |

17  This videotape deposition will be recorded with one camera facing deponent
18  at eye level across the length of the table.

19

20  DATED this 13th day of March, 2025.

21                              JONES, SKELTON & HOCHULI, P.L.C.

22

23                              By */s/ Lauren D. Norton*
24                                  Phillip H. Stanfield
                                    Clarice A. Spicker
25                                  Lauren D. Norton
                                    40 N. Central Avenue, Suite 2700
26                                  Phoenix, Arizona 85004
                                    Attorneys for Defendant Crete Carrier
27                                  Corporation

28

2

118198249.1

**CERTIFICATE OF SERVICE**

I hereby certify that on this 13th day of March, 2025, I caused the foregoing document to be filed electronically with the Clerk of Court through the CM/ECF System for filing; and served on counsel of record via the Court's CM/ECF system.

I further certify that I have emailed the foregoing document to the following non-CM/ECF participant:

Jessica Mason
DepoTech
dtscheduling@depotechnologies.com
Court Reporter and Videographer


/s/ Gail Hardin

118198249.1