1  Phillip H. Stanfield, Bar #011729
   Clarice A. Spicker, Bar #029964
2  Lauren D. Norton, Bar #037070
   JONES, SKELTON & HOCHULI P.L.C.
3  40 N. Central Avenue, Suite 2700
   Phoenix, Arizona 85004
4  Telephone: (602) 263-4491
   Fax: (602) 200-7898
5  pstanfield@jshfirm.com
   cspicker@jshfirm.com
6  lnorton@jshfirm.com

7  Attorneys for Defendant Crete Carrier
   Corporation
8

## UNITED STATES DISTRICT COURT

## DISTRICT OF ARIZONA

| | |
|---|---|
| Kimberly Brennan, an individual; Carmen Ponce, an individual,<br><br>Plaintiffs,<br><br>v.<br><br>Johnny Hernandez, an individual; Crete Carrier Corporation, an Arizona foreign for-profit corporation; John and Jane Does 1-10; and White Partnerships 1-10,<br><br>Defendants. | No. 2:24-cv-01740-DJH<br><br>(Consolidated with 2:24-cv-01741-DGC)<br><br>**NOTICE OF FILING CERTIFICATES OF SERVICE** |
| Robert Warix, Individually,<br><br>Plaintiff,<br><br>v.<br><br>Johnny Hernandez and Jane Doe Hernandez, Individually and as Husband and Wife; Crete Carrier Corporation, a Foreign For-Profit Corporation; John Does I-X and Jane Does I-X, Individually and as Husband and Wife; Black Corporations I-X and White Limited Partnerships I-X,<br><br>Defendants. | |

      Defendant Crete Carrier Corporation, by and through undersigned counsel, give Notice of Filing of the Certificates of Service of Process relating to service of subpoenas upon the following entities or persons:

118216259.1

- Custodian of Records, Trooper USA;

- Arizona Personal Injury Centers, c/o Kenneth P. Smith, Statutory Agent;

- Gary Hand;

- Custodian of Records, Premier Endoscopy Center;

- Custodian of Records, Arizona Personal Injury Centers;

- Custodian of Records Avis Car Rental, c/o Corporation Service Company, Statutory Agent; and

- Avis Car Rental, c/o Corporation Service Company, Statutory Agent, attached hereto as Exhibit A.

DATED this 18th day of March, 2025.

JONES, SKELTON & HOCHULI, P.L.C.


By  /s/ Lauren D. Norton
    Phillip H. Stanfield
    Clarice A. Spicker
    Lauren D. Norton
    40 N. Central Avenue, Suite 2700
    Phoenix, Arizona 85004
    Attorneys for Defendant Crete Carrier Corporation

118216259.1

**CERTIFICATE OF SERVICE**

I hereby certify that on this 18th day of March 2025, I caused the foregoing document to be filed electronically with the Clerk of Court through the CM/ECF System for filing; and served on counsel of record via the Court's CM/ECF system.


/s/ Gail Hardin

118216259.1