# "EXHIBIT A"

Phoenix Professional Services
12621 N Tatum Blvd., #84
Phoenix, AZ 85032
(480) 361-9959 © 2001 PPS

## IN THE UNITED STATES DISTRICT COURT
## IN AND FOR THE DISTRICT OF ARIZONA

| | | |
|---|---|---|
| ROBERT WARIX, et al., | | CASE NO. 2:24-cv-01740-DJH |
| | Plaintiff | |
| vs. | | |
| CRETE CARRIER CORPORATION, et al., | | CERTIFICATE OF SERVICE OF PROCESS |
| | Defendant. | |

     I, the Affiant, certify under penalty of perjury that I am fully qualified to serve process in this case, having been so appointed by the Court; that I have received and served the following documents in the manner set forth below:

RECEIVED FROM:   Jones, Skelton & Hochuli, PLC

DATE RECEIVED:   January 24, 2025

DOCUMENTS:   Subpoena Duces Tecum, Exhibit, Authorization, Affidavit of Custodian, Letter

UPON:   Custodian of Records, Trooper USA

ADDRESS:   3707 E Southern Avenue, Mesa, AZ 85206

MANNER:   Personally hand-delivered said documents to Eugenia McGowan, Administrative Assistant, a person authorized to accept at her usual place of employment.

DATE:   January 24, 2025       TIME: 2:46 PM

DESCRIPTION:   Hispanic female, age 53, height 5'1, black hair, brown eyes, glasses

    I certify under penalty of perjury that the foregoing is true and correct.

Affiant:  Bruce Comer
Registered:  Maricopa County

Dated this 28th day of JAN , 2025.

| | | |
|---|---|---|
| Service: | | 16.00 |
| Travel miles: | 22 | 52.80 |
| Attempt miles: | 0 | 0.00 |
| Attempt miles: | 0 | 0.00 |
| Attempt miles: | 0 | 0.00 |
| Other: | | 0.00 |
| Cert Prep fee: | | 12.00 |
| | | 80.80 |

LN/sp - 17177-00006

Phoenix Professional Services
12621 N Tatum Blvd., #84
Phoenix, AZ 85032
(480) 361-9959 © 2001 PPS

## IN THE UNITED STATES DISTRICT COURT
## IN AND FOR THE DISTRICT OF ARIZONA

| | | |
|---|---|---|
| ROBERT WARIX, et al., | | CASE NO. 2:24-cv-01740-DJH |
| | Plaintiff | |
| vs. | | |
| CRETE CARRIER CORPORATION, et al., | | CERTIFICATE OF SERVICE OF PROCESS |
| | Defendant. | |

I, the Affiant, certify under penalty of perjury that I am fully qualified to serve process in this case, having been so appointed by the Court; that I have received and served the following documents in the manner set forth below:

RECEIVED FROM:     Jones, Skelton & Hochuli, PLC

DATE RECEIVED:     January 27, 2025

DOCUMENTS:     Subpoena Duces Tecum, Exhibit, Authorization, Affidavit of Custodian, Letter

UPON:     Arizona Personal Injury Centers, c/o Kenneth P Smith, Statutory Agent

ADDRESS:     6816 E Brown Road, Ste. 101, Mesa, AZ 85207

MANNER:     Personally hand-delivered said documents to Lorraine Russell, Receptionist, a person authorized to accept at her usual place of employment.

DATE:     January 27, 2025          TIME: 11:02 AM

DESCRIPTION:     Caucasian female, age 70'2, grey hair, glasses

I certify under penalty of perjury that the foregoing is true and correct.

Dated this 29th day of ___JAN___, 2025.

Affiant:  Bruce Comer
Registered:  Maricopa County

| | | |
|---|---|---|
| Service: | | 16.00 |
| Travel miles: | 31 | 74.40 |
| Attempt miles: | 0 | 0.00 |
| Attempt miles: | 0 | 0.00 |
| Attempt miles: | 0 | 0.00 |
| Other: | | 0.00 |
| Cert Prep fee: | | 12.00 |
| | | 102.40 |

LN/sp - 17177-00006

District of Arizona District Court

Robert Warix,

2:24 CV 01740 DJH

vs.

**CERTIFICATE OF SERVICE OF
PRIVATE PROCESS SERVER**

Crete Carrier Corporation, et. al.,

---

STATE OF ARIZONA
COUNTY OF YUMA

The undersigned certifies under penalty of perjury that I am an Arizona Certified Process Server, Registered in Yuma County Arizona, appointed by the Court and that on February 12, 2025, I received from **Phoenix Professional Services**, the documents listed below:

**Subpoena to Testify at a Deposition in a Civil Action; $40 Witness Fee Check**

and that I personally served 1 true copy(ies) of these documents listed above in the manner and upon the person shown below:

**Gary Hand**, in person, at **Chevron - 39980 E. Highway 80, Wellton, AZ 85356** on **February 16, 2025** at **3:54 PM.**
Location Type: **Business**

Description of person documents left with:
Sex: **Male** Race: **Caucasian** Hair: **Gray** Age: **70** Height: **6ft 02in** Weight: **180 lbs**

I certify under penalty of perjury that the foregoing is true and correct.
Executed on February 18, 2025

*uc Q x*

Matthew Umbower - YUPS7-25
YAS Job#: 37015

**Yuma Attorney Service LLC**
**227 S. 2nd Avenue Suite A**
**Yuma, AZ 85364**
**928.726.6271 / Cell 928.210.9413**
**www.yumaattorneyservice.com**
**E-mail: rusty@yumaattorneyservice.com**

Phoenix Professional Services
12621 N Tatum Blvd., #84
Phoenix, AZ 85032
(480) 361-9959 © 2001 PPS

# IN THE UNITED STATES DISTRICT COURT
# IN AND FOR THE DISTRICT OF ARIZONA

| ROBERT WARIX, et al., | | |
|---|---|---|
| | Plaintiff | CASE NO. 2:24-cv-01740-DJH |
| vs. | | |
| CRETE CARRIER CORPORATION, et al., | | CERTIFICATE OF SERVICE OF PROCESS |
| | Defendant. | |

I, the Affiant, certify under penalty of perjury that I am fully qualified to serve process in this case, having been so appointed by the Court; that I have received and served the following documents in the manner set forth below:

RECEIVED FROM:   Jones, Skelton & Hochuli, PLC

DATE RECEIVED:   February 28, 2025

DOCUMENTS:   Subpoena Duces Tecum, Exhibit, Authorization, Affidavit of Custodian, Letter

UPON:   Custodian of Records, Premier Endoscopy Center

ADDRESS:   2563 S Val Vista, Gilbert, AZ 85296

MANNER:   Personally hand-delivered said documents to Kaisha Cramer, a person authorized to accept at her usual place of employment.

DATE:   March 6, 2025        TIME: 2:00 PM

DESCRIPTION:   Caucasian female, age 33, height 5'5, weight 145 lbs.

I certify under penalty of perjury that the foregoing is true and correct.

Affiant:  Edward Pulley

Dated this _7th_ day of _March_ , 2025.      Registered:  Maricopa County

| | | | |
|---|---|---|---|
| Service: | | 16.00 | |
| Travel miles: | 30 | 72.00 | |
| Attempt miles: | 18 | 43.20 | Attempt to complete service at address provided at 10632 N Scottsdale Road, #166, Scottsdale, AZ 85254; this is a UPS Store, unable to complete service. |
| Attempt miles: | 0 | 0.00 | |
| Attempt miles: | 0 | 0.00 | |
| Other: | | 50.00 | research/locate service address |
| Cert Prep fee: | | 12.00 | |
| | | 193.20 | |

LN/sp - 17177-00006

Phoenix Professional Services
12621 N Tatum Blvd., #84
Phoenix, AZ 85032
(480) 361-9959 © 2001 PPS

## IN THE UNITED STATES DISTRICT COURT
## IN AND FOR THE DISTRICT OF ARIZONA

| | | |
|---|---|---|
| ROBERT WARIX, et al., | | CASE NO. 2:24-cv-01740-DJH |
| | Plaintiff | |
| vs. | | |
| | | CERTIFICATE OF SERVICE |
| CRETE CARRIER CORPORATION, et al., | | OF PROCESS |
| | Defendant. | |

I, the Affiant, certify under penalty of perjury that I am fully qualified to serve process in this case, having been so appointed by the Court; that I have received and served the following documents in the manner set forth below:

RECEIVED FROM:   Jones, Skelton & Hochuli, PLC

DATE RECEIVED:   February 28, 2025

DOCUMENTS:   Subpoena Duces Tecum, Exhibit, Authorization, Affidavit of Custodian, Letter

UPON:   Custodian of Records, Arizona Personal Injury Centers

ADDRESS:   6816 E Brown Road, #101, Mesa, AZ 85207

MANNER:   Personally hand-delivered said documents to Lorraine Russell, a person authorized to accept at her usual place of employment.

DATE:   March 6, 2025          TIME: 2:30 PM

DESCRIPTION:   Caucasian female, age 66, height 5'5, weight 145 lbs.


I certify under penalty of perjury that the foregoing is true and correct.

Affiant:  Edward Pulley
Registered:  Maricopa County

Dated this _7th_ day of _March_, 2025.

| Service: | | 16.00 |
|---|---|---|
| Travel miles: | 31 | 74.40 |
| Attempt miles: | 0 | 0.00 |
| Attempt miles: | 0 | 0.00 |
| Attempt miles: | 0 | 0.00 |
| Other: | | 0.00 |
| Cert Prep fee: | | 12.00 |
| | | 102.40 |

LN/sp - 17177-00006

Phoenix Professional Services
12621 N Tatum Blvd., #84
Phoenix, AZ 85032
(480) 361-9959 © 2001 PPS

## IN THE UNITED STATES DISTRICT COURT
## IN AND FOR THE DISTRICT OF ARIZONA

| | | |
|---|---|---|
| ROBERT WARIX, et al., | | CASE NO. 2:24-cv-01740-DJH |
| | Plaintiff | |
| vs. | | |
| CRETE CARRIER CORPORATION, et al., | | CERTIFICATE OF SERVICE OF PROCESS |
| | Defendant. | |

I, the Affiant, certify under penalty of perjury that I am fully qualified to serve process in this case, having been so appointed by the Court; that I have received and served the following documents in the manner set forth below:

RECEIVED FROM:   Jones, Skelton & Hochuli, PLC

DATE RECEIVED:   February 28, 2025

DOCUMENTS:   Subpoena Duces Tecum, Exhibit, Affidavit of Custodian, Letter to Custodian for Kimberly Brennan

UPON:   Custodian of Records Avis Car Rental, c/o Corporation Service Company, Statutory Agent

ADDRESS:   7955 S Priest Road, Ste. 102, Tempe, AZ 85284

MANNER:   Personally hand-delivered said documents to Carly Cardenas, a person authorized to accept at her usual place of employment.

DATE:   March 6, 2025                    TIME: 1:07 PM

DESCRIPTION:   Caucasian female, age 24, height 5'5, weight 125 lbs.

I certify under penalty of perjury that the foregoing is true and correct.

Affiant:  Edward Pulley

Dated this _7th_ day of _March_, 2025.        Registered:  Maricopa County

| | | | |
|---|---|---|---|
| Service: | | 16.00 | |
| Travel miles: | 13 | 31.20 | |
| Attempt miles: | 0 | 0.00 | Attempt service at address provided of 1805 E Sky Harbor Circle S, Phoenix, AZ 85034, this is a car rental service location, cannot accept service. |
| Attempt miles: | 0 | 0.00 | |
| Attempt miles: | 0 | 0.00 | |
| Other: | | 50.00 | research/locate service address |
| Cert Prep fee: | | 12.00 | |
| | | 109.20 | |

LN/sp - 17177-00006

Phoenix Professional Services
12621 N Tatum Blvd., #84
Phoenix, AZ 85032
(480) 361-9959 © 2001 PPS

# IN THE UNITED STATES DISTRICT COURT
## IN AND FOR THE DISTRICT OF ARIZONA

ROBERT WARIX, et al.,

                              Plaintiff

vs.

CRETE CARRIER CORPORATION, et al.,

                             Defendant.

CASE NO. 2:24-cv-01740-DJH

CERTIFICATE OF SERVICE
OF PROCESS

    I, the Affiant, certify under penalty of perjury that I am fully qualified to serve process in this case, having been so appointed by the Court; that I have received and served the following documents in the manner set forth below:

RECEIVED FROM:    Jones, Skelton & Hochuli, PLC

DATE RECEIVED:    February 28, 2025

DOCUMENTS:    Subpoena Duces Tecum, Exhibit, Affidavit of Custodian, Letter to Custodian for Carmen Ponce

UPON:    Avis Car Rental, c/o Corporation Service Company, Statutory Agent

ADDRESS:    7955 S Priest Road, Ste. 102, Tempe, AZ 85284

MANNER:    Personally hand-delivered said documents to Carly Cardenas, a person authorized to accept at her usual place of employment.

DATE:    March 6, 2025                TIME: 1:10 PM

DESCRIPTION:    Caucasian female, age 24, height 5'5, weight 125 lbs.

    I certify under penalty of perjury that the foregoing is true and correct.

Affiant:  Edward Pulley
Registered:  Maricopa County

Dated this 7th day of March, 2025.

| Service: | | 16.00 | |
|---|---|---|---|
| Travel miles: | 0 | 0.00 | (N/C) |
| Attempt miles: | 7 | 16.80 | Attempted service 3/4/25 at address provided,at 1805 E Sky Harbor Circle S., Phoenix; this is a car rental location inside Phoenix Sky Harbor Airport, unable to accept service. |
| Attempt miles: | 0 | 0.00 | |
| Attempt miles: | 0 | 0.00 | |
| Other: | | 0.00 | |
| Cert Prep fee: | | 12.00 | |
| | | 44.80 | |

LN/sp - 17177-00006