Phillip H. Stanfield, Bar #011729
Clarice A. Spicker, Bar #029964
Lauren D. Norton, Bar #037070
JONES, SKELTON & HOCHULI P.L.C.
40 N. Central Avenue, Suite 2700
Phoenix, Arizona 85004
Telephone: (602) 263-4491
Fax: (602) 200-7898
pstanfield@jshfirm.com
cspicker@jshfirm.com
lnorton@jshfirm.com

Attorneys for Defendant Crete Carrier Corporation

## UNITED STATES DISTRICT COURT

## DISTRICT OF ARIZONA

| | |
|---|---|
| Kimberly Brennan, an individual; Carmen Ponce, an individual,<br><br>　　　　　　　　　　Plaintiffs,<br><br>v.<br><br>Johnny Hernandez, an individual; Crete Carrier Corporation, an Arizona foreign for-profit corporation; John and Jane Does 1-10; and White Partnerships 1-10,<br><br>　　　　　　　　　　Defendants. | No. 2:24-cv-01740-DJH<br><br>(Consolidated with 2:24-cv-01741-DGC)<br><br>**NOTICE OF SERVICE OF DISCOVERY** |
| Robert Warix, Individually,<br><br>　　　　　　　　　　Plaintiff,<br><br>v.<br><br>Johnny Hernandez and Jane Doe Hernandez, Individually and as Husband and Wife; Crete Carrier Corporation, a Foreign For-Profit Corporation; John Does I-X and Jane Does I-X, Individually and as Husband and Wife; Black Corporations I-X and White Limited Partnerships I-X,<br><br>　　　　　　　　　　Defendants. | |

118392507.1

1  NOTICE IS HEREBY GIVEN that Defendant Crete Carrier Corporation, by and through undersigned counsel, served the following documents upon Plaintiffs' counsel via email on April 30, 2025:

Defendant Crete Carrier Corporation's Fifth Supplemental Disclosure Statement.

DATED this 1st day of May, 2025.

JONES, SKELTON & HOCHULI, P.L.C.

By  /s/ Lauren D. Norton
  Phillip H. Stanfield
  Clarice A. Spicker
  Lauren D. Norton
  40 N. Central Avenue, Suite 2700
  Phoenix, Arizona 85004
  Attorneys for Defendant Crete Carrier Corporation

**CERTIFICATE OF SERVICE**

I hereby certify that on this 1st day of May 2025, I caused the foregoing document to be filed electronically with the Clerk of Court through the CM/ECF System for filing; and served on counsel of record via the Court's CM/ECF system.


/s/ Gail Hardin