```
1  Phillip H. Stanfield, Bar #011729
   Clarice A. Spicker, Bar #029964
2  Lauren D. Norton, Bar #037070
   JONES, SKELTON & HOCHULI P.L.C.
3  40 N. Central Avenue, Suite 2700
   Phoenix, Arizona 85004
4  Telephone: (602) 263-4491
   Fax:  (602) 200-7898
5  pstanfield@jshfirm.com
   cspicker@jshfirm.com
6  lnorton@jshfirm.com

7  Attorneys for Defendant Crete Carrier
   Corporation
8
```

## UNITED STATES DISTRICT COURT

## DISTRICT OF ARIZONA

| | |
|---|---|
| Kimberly Brennan, an individual; Carmen Ponce, an individual,<br><br>　　　　　　　　　　Plaintiffs,<br><br>v.<br><br>Johnny Hernandez, an individual; Crete Carrier Corporation, an Arizona foreign for-profit corporation; John and Jane Does 1-10; and White Partnerships 1-10,<br><br>　　　　　　　　　　Defendants. | No. 2:24-cv-01740-DJH<br><br>(Consolidated with 2:24-cv-01741-DGC)<br><br>**NOTICE OF SERVICE OF DISCOVERY** |
| Robert Warix, Individually,<br><br>　　　　　　　　　　Plaintiff,<br><br>v.<br><br>Johnny Hernandez and Jane Doe Hernandez, Individually and as Husband and Wife; Crete Carrier Corporation, a Foreign For-Profit Corporation; John Does I-X and Jane Does I-X, Individually and as Husband and Wife; Black Corporations I-X and White Limited Partnerships I-X,<br><br>　　　　　　　　　　Defendants. | |

118403297.1

1    NOTICE IS HEREBY GIVEN that Defendant Crete Carrier Corporation, by and through undersigned counsel, served the following documents upon Plaintiffs' counsel via email on May 2, 2025:

Defendant Crete Carrier Corporation's Sixth Supplemental Disclosure Statement.

DATED this 5th day of May, 2025.

JONES, SKELTON & HOCHULI, P.L.C.

By  */s/ Lauren D. Norton*
   Phillip H. Stanfield
   Clarice A. Spicker
   Lauren D. Norton
   40 N. Central Avenue, Suite 2700
   Phoenix, Arizona 85004
   Attorneys for Defendant Crete Carrier Corporation

118403297.1

**CERTIFICATE OF SERVICE**

I hereby certify that on this 5th day of May 2025, I caused the foregoing document to be filed electronically with the Clerk of Court through the CM/ECF System for filing; and served on counsel of record via the Court's CM/ECF system.

/s/ Gail Hardin