| | |
|---|---|
| 1 | Phillip H. Stanfield, Bar #011729 |
| 2 | Clarice A. Spicker, Bar #029964 |
|   | Lauren D. Norton, Bar #037070 |
| 3 | JONES, SKELTON & HOCHULI P.L.C. |
|   | 40 N. Central Avenue, Suite 2700 |
| 4 | Phoenix, Arizona 85004 |
|   | Telephone: (602) 263-4491 |
| 5 | Fax: (602) 200-7898 |
|   | pstanfield@jshfirm.com |
| 6 | cspicker@jshfirm.com |
|   | lnorton@jshfirm.com |
| 7 | Attorneys for Defendant Crete Carrier Corporation |

**UNITED STATES DISTRICT COURT**

**DISTRICT OF ARIZONA**

| | |
|---|---|
| Kimberly Brennan, an individual; Carmen Ponce, an individual, | No. 2:24-cv-01740-DJH |
| Plaintiffs, | (Consolidated with 2:24-cv-01741-DGC) |
| v. | **NOTICE OF SERVICE OF DISCOVERY** |
| Johnny Hernandez, an individual; Crete Carrier Corporation, an Arizona foreign for-profit corporation; John and Jane Does 1-10; and White Partnerships 1-10, | |
| Defendants. | |
| Robert Warix, Individually, | |
| Plaintiff, | |
| v. | |
| Johnny Hernandez and Jane Doe Hernandez, Individually and as Husband and Wife; Crete Carrier Corporation, a Foreign For-Profit Corporation; John Does I-X and Jane Does I-X, Individually and as Husband and Wife; Black Corporations I-X and White Limited Partnerships I-X, | |
| Defendants. | |

118419874.1

1       NOTICE IS HEREBY GIVEN that Defendant Crete Carrier Corporation, by and through undersigned counsel, served the following documents upon Plaintiffs' counsel via email on May 7, 2025:

    Defendant Crete Carrier Corporation's Seventh Supplemental Disclosure Statement.

    DATED this 8th day of May, 2025.

                      JONES, SKELTON & HOCHULI, P.L.C.

                      By */s/ Lauren D. Norton*
                          Phillip H. Stanfield
                          Clarice A. Spicker
                          Lauren D. Norton
                          40 N. Central Avenue, Suite 2700
                          Phoenix, Arizona 85004
                          Attorneys for Defendant Crete Carrier Corporation

118419874.1

**CERTIFICATE OF SERVICE**

I hereby certify that on this 8th day of May 2025, I caused the foregoing document to be filed electronically with the Clerk of Court through the CM/ECF System for filing; and served on counsel of record via the Court's CM/ECF system.


/s/ Gail Hardin

118419874.1