Phillip H. Stanfield, Bar #011729
Clarice A. Spicker, Bar #029964
Lauren D. Norton, Bar #037070
JONES, SKELTON & HOCHULI P.L.C.
40 N. Central Avenue, Suite 2700
Phoenix, Arizona 85004
Telephone: (602) 263-4491
Fax: (602) 200-7898
pstanfield@jshfirm.com
cspicker@jshfirm.com
lnorton@jshfirm.com

Attorneys for Defendant Crete Carrier Corporation

# UNITED STATES DISTRICT COURT

# DISTRICT OF ARIZONA

| | |
|---|---|
| Kimberly Brennan, an individual; Carmen Ponce, an individual,<br><br>Plaintiffs,<br><br>v.<br><br>Johnny Hernandez, an individual; Crete Carrier Corporation, an Arizona foreign for-profit corporation; John and Jane Does 1-10; and White Partnerships 1-10;,<br><br>Defendants. | No. 2:24-cv-01740-PHX-DJH<br><br>(Consolidated with 2:24-cv-01741-DGC)<br><br>**MOTION TO EXTEND CASE DEADLINES** |
| Robert Warix, Individually,<br><br>Plaintiff,<br><br>v.<br><br>Johnny Hernadez and Jane Doe Hernandez, Individually and as Husband and Wife; Crete Carrier Corporation, a Foreign For-Profit Corporation; John Does I-X and Jane Does I-X, Individually and as Husband and Wife; Black Corporations I-X and White Limited Partnerships I-X,<br><br>Defendants. | |

118572302.1

The Parties, by and through undersigned counsel, hereby stipulate and respectfully request that the Court extend the remaining deadlines imposed in the Rule 16 Scheduling Order [Doc. 25] approximately 90 days. This request is not made for the purpose of delay. Rather, Defendants' counsel, Lauren Norton, is 36 weeks pregnant and going on maternity leave through the end of October 2025. The parties believe they have shown good cause for the extension request under *Johnson v. Mammoth Recreations, Inc.*, 975 F.2d 604, 609 (9th Cir. 1992). Accordingly, the parties stipulate and agree to an extension of the remaining deadlines as follows:

1. Completion of all expert witnesses' depositions shall be extended from August 8, 2025 to **November 21, 2025**.

2. ***Dispositive motions***: shall be extended from September 12, 2025 to **December 19, 2026.**

3. ***Good Faith Settlement Talks***: Good faith settlement talks deadline shall be extended from July 25, 2025 to **November 7, 2025.**

DATED this 30th day of June, 2025.

| MILLS & WOODS LAW PLLC | JONES, SKELTON & HOCHULI, P.L.C. |
|---|---|
| By *s/ Sean Woods (w/permission)*<br>Sean Woods<br>Robert Mills<br>Ben Dangerfield<br>5055 N. 12th St., Ste. 101<br>Phoenix, Arizona 85014<br>Attorneys for Plaintiffs Kimberly Brennan and Carmen Ponce | By *s/ Lauren D. Norton*<br>Phillip H. Stanfield<br>Clarice A. Spicker<br>Lauren D. Norton<br>40 N. Central Avenue, Suite 2700<br>Phoenix, Arizona 85004<br>Attorneys for Defendant Crete Carrier Corporation |

118572302.1

1-28

LERNER AND ROWE, P.C.

By *s/ Todd Rigby (w/permission)*
   Todd Rigby
   2701 E. Camelback Rd., Ste. 140
   Phoenix, Arizona 85016
   Attorneys for Plaintiff Robert Warix

3

118572302.1

**CERTIFICATE OF SERVICE**

I hereby certify that on this 30th day of June, 2025, I caused the foregoing document to be filed electronically with the Clerk of Court through the CM/ECF System for filing; and served on counsel of record via the Court's CM/ECF system.


s/ *Gail Hardin*
_____

4

118572302.1