UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| Kimberly Brennan, an individual; Carmen Ponce, an individual,<br><br>　　　　　　　　　Plaintiffs,<br><br>　v.<br><br>Johnny Hernandez, an individual; Crete Carrier Corporation, an Arizona foreign for-profit corporation; John and Jane Does 1-10; and White Partnerships 1-10;,<br><br>　　　　　　　　　Defendants. | No. 2:24-cv-01740-PHX-DJH<br><br>(Consolidated with 2:24-cv-01741-DGC)<br><br>**AMENDED SCHEDULING ORDER** |
| Robert Warix, Individually,<br><br>　　　　　　　　　Plaintiff,<br><br>　v.<br><br>Johnny Hernadez and Jane Doe Hernandez, Individually and as Husband and Wife; Crete Carrier Corporation, a Foreign For-Profit Corporation; John Does I-X and Jane Does I-X, Individually and as Husband and Wife; Black Corporations I-X and White Limited Partnerships I-X,<br><br>　　　　　　　　　Defendants. | |

Upon consideration of the parties' joint motion to extend case deadlines, and good cause appearing, the Court hereby extends the amended case management deadlines as follows:

118572461.1

1. Completion of all expert witnesses' depositions shall be extended from August 8, 2025 to **November 21, 2025**.

2. ***Dispositive motions***: shall be extended from September 12, 2025 to **December 19, 2026**

3. ***Good Faith Settlement Talks***: Good faith settlement talks deadline shall be extended from July 25, 2025 to **November 7, 2025.**

DATED this \_\_\_\_\_ day of June, 2025.

By _____
Honorable Diane J. Humetewa
United States District Judge

2

118572461.1