Todd Rigby, Esq. (SBN 013383)
**LERNER & ROWE, P.C.**
2701 E. Camelback Rd., Ste. 140
Phoenix, AZ  85016
Telephone: (602) 977-1900
Fax: (602) 977-1901
trigby@lernerandrowe.com
minute_entries@lernerandrowe.com
*Attorney for Plaintiff*

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Kimberly Brennan, an individual; Carmen Ponce, an individual,<br><br>  Plaintiffs,<br>vs.<br><br>Johnny Hernandez, an individual; Crete Carrier Corporation, an Arizona foreign for-profit corporation; John and Jane Does 1-10; Black Corporations 1-10; and White Partnerships 1-10, | Case No. 2:24-CV-01740-DJH<br><br>**JOINT REPORT ON SETTLEMENT STATUS**<br><br>**(Assigned to the** Honorable Diane J. Humetewa) |
| Robert Warix, Individually,<br><br>  Plaintiff,<br>vs.<br><br>Johnny Hernandez and Jane Doe Hernandez, Individually and as Husband and Wife; Crete Carrier Corporation, a Foreign For-Profit Corporation; John Does I-X and Jane Does I-X, Individually and as Husband and Wife; Black Corporations I-X and White Limited Partnerships I-X;<br><br>  Defendants. | |

The parties hereby provide notice to the Court of their good faith settlement talks in compliance with this Court's Order filed October 2, 2024, at [Doc 25]. At this time, the parties have

- 1 -

coordinated efforts to mediate this matter on September 29, 2025, before mediator David J. Damron. The parties do not believe assistance from the Court is needed at this time.

**RESPECTFULLY SUBMITTED** this 1st day of August 2025.

**LERNER & ROWE, P.C.,**

By  */s/ Todd Rigby*
Todd Rigby, Esq.
2701 E. Camelback Rd., Ste. 140
Phoenix, Arizona 85016
*Attorney for Plaintiff Robert Warix*

**MILLS & WOODS LAW PLLC**

By:  */s/ Sean Woods (with permission)*
Sean Woods, Esq.
Robert Mills, Esq.
Ben Dangerfield, Esq.
5055 N. 12th St., Suite 101
Phoenix, AZ 85014
*Attorneys for Plaintiffs Kimberly Brennan and Carmen Ponce*

**JONES, SKELTON & HOCHULI, P.L.C.**

By:  */s/ Clarice A. Spicker (with permission)*
Phillip H. Stanfield, Esq.
Clarice A. Spicker, Esq.
Lauren D. Norton, Esq.
40 N. Central Avenue, Suite 2700
Phoenix, AZ 85004
*Attorneys for Defendant Crete Carrier*

**CERTIFICATE OF SERVICE**

I hereby certify that on this 1st day of August, 2025, I caused the foregoing document to be filed electronically with the Clerk of Court through the CM/ECF System for filing; and served on counsel of record via the Court's CM/ECF system and electronic mail.

Phillip H. Stanfield, Esq.
Clarice A. Spicker, Esq.
Lauren D. Norton, Esq.
**JONES, SKELTON & HOCHULI, P.L.C.**
40 N. Central Avenue, Suite 2700
Phoenix, AZ 85004
*pstanfield@jshfirm.com*
*spicker@jshfirm.com*
*norton@jshfirm.com*
*Attorneys for Defendant Crete Carrier*

Sean Woods, Esq.
Robert Mills, Esq.
Ben Dangerfield, Esq.
**MILLS & WOODS LAW PLLC**
5055 N. 12th St., Suite 101
Phoenix, AZ 85014
*swoods@millsandwoods.com*
*rmills@millsandwoods.com*
*bdangerfield@millsandwoods.com*
*Attorneys for Plaintiffs Kimberly Brennan and Carmen Ponce*

*/s/ GVDobratz*