Phillip H. Stanfield, Bar #011729
Clarice A. Spicker, Bar #029964
Lauren D. Norton, Bar #037070
JONES, SKELTON & HOCHULI P.L.C.
40 N. Central Avenue, Suite 2700
Phoenix, Arizona 85004
Telephone: (602) 263-4491
Fax: (602) 200-7898
pstanfield@jshfirm.com
cspicker@jshfirm.com
lnorton@jshfirm.com

Attorneys for Defendant Crete Carrier Corporation

## UNITED STATES DISTRICT COURT

## DISTRICT OF ARIZONA

| | |
|---|---|
| Kimberly Brennan, an individual; Carmen Ponce, an individual,<br><br>  Plaintiffs,<br><br>v.<br><br>Johnny Hernandez, an individual; Crete Carrier Corporation, an Arizona foreign for-profit corporation; John and Jane Does 1-10; and White Partnerships 1-10;,<br><br>  Defendants. | No. 2:24-cv-01740-PHX-DJH<br><br>(Consolidated with 2:24-cv-01741-DGC)<br><br>**NOTICE OF SETTLEMENT** |
| Robert Warix, Individually,<br><br>  Plaintiff,<br><br>v.<br><br>Johnny Hernadez and Jane Doe Hernandez, Individually and as Husband and Wife; Crete Carrier Corporation, a Foreign For-Profit Corporation; John Does I-X and Jane Does I-X, Individually and as Husband and Wife; Black Corporations I-X and White Limited Partnerships I-X,<br><br>  Defendants. | |

119019195.1

1  Defendant, Crete Carrier Corporation, hereby notifies the Court that ALL
2  parties have reached a settlement in the above-captioned matter.  The parties will file a
3  Stipulation to Dismiss this matter in its entirety with prejudice and Order in the near future.

5  DATED this 6th day of October, 2025.

JONES, SKELTON & HOCHULI, P.L.C.


By /s/ *Clarice A. Spicker*
   Phillip H. Stanfield
   Clarice A. Spicker
   Lauren D. Norton
   40 N. Central Avenue, Suite 2700
   Phoenix, Arizona 85004
   Attorneys for Defendant Crete Carrier
   Corporation

119019195.1

**CERTIFICATE OF SERVICE**

I hereby certify that on this 6th day of October, 2025, I caused the foregoing document to be filed electronically with the Clerk of Court through the CM/ECF System for filing; and served on counsel of record via the Court's CM/ECF system.


/s/ Jessica Madden

119019195.1