# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Kimberly Brennan, et al., | No. CV-24-01740-PHX-DJH |
| Plaintiffs, | **ORDER** |
| v. | |
| Johnny Hernandez, et al., | |
| Defendants. | |

This matter is before the Court on the Notice of Settlement (Doc. 63), filed on October 6, 2025.  Accordingly,

**IT IS ORDERED** that this matter will be dismissed with prejudice within 30 days of the date of this Order unless a notice of dismissal is filed prior to the dismissal date.

Dated this 7th day of October, 2025.

Honorable Diane J. Humetewa
United States District Judge