# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Kimberly Brennan, et al., | No. CV-24-01740-PHX-DJH |
| Plaintiffs, | **ORDER** |
| v. | |
| Crete Carrier Corporation, et al., | |
| Defendants. | |

Pursuant to the parties' Notice of Settlement and the Court's October 7, 2025, Order (Doc. 64),

**IT IS ORDERED** dismissing this action in its entirety, with prejudice, each party to bear its own attorneys' fees and costs.

**IT IS FURTHER ORDERED** directing the Clerk of Court to terminate this action.

Dated this 10th day of November, 2025.

Honorable Diane J. Humetewa
United States District Judge